**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEOGEN CORPORATION, JOHN ADENT, and DAVID NAEMURA,<br><br>Defendants. | Case No.: 1:25-cv-00802-HYJ<br><br>**CLASS ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE REGARDING MOTION CONCURRENCE PER LOCAL RULE 7.1(d)**

Pursuant to Local Rule 7.1(d), counsel for the Pension Funds state as follows: this motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA. Section 21D(a)(3)(B) provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. As a result, counsel for the Pension Funds cannot determine who the competing lead plaintiff candidates are at this time and, as such, has been unable to confer with opposing counsel as prescribed in Local Rule 7.1(d). The Pension Funds respectfully request that the conference requirement be waived for this motion.

Dated: September 16, 2025

Respectfully submitted,

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Marc L. Newman (P51393)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**

950 West University Drive
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
mln@millerlawpc.com
dal@millerlawpc.com

*Local Counsel for Proposed Lead Plaintiff the
Pension Funds*

**SAXENA WHITE P.A.**
Marco A. Dueñas (admission forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

Maya Saxena (admission forthcoming)
Lester R. Hooker (admission forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

**GRANT & EISENHOFER P.A.**
Karin E. Fisch (admitted *pro hac vice*)
Vincent J. Pontrello (admitted *pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
kfisch@gelaw.com
vpontrello@gelaw.com

*Counsel for Proposed Lead Plaintiff the Pension
Funds, and Proposed Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN
& LEVINSON**
Robert D. Klausner (admission forthcoming)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232

bob@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff*
*Miami FIPO, Orlando, and West Palm Beach*
*Firefighters*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ E. Powell Miller*
E. Powell Miller