UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

LANSING DIVISION

| | |
|---|---|
| OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>NEOGEN CORPORATION, et al.,<br><br>     Defendants. | Civ. No. 1:25-cv-00802-HYJ-RSK<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF JASON A. FORGE IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4922-1943-9465

I, JASON A. FORGE, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of Michigan and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant IAM National Pension Fund ("IAMNPF") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of IAMNPF's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on July 18, 2025;

Exhibit B:    IAMNPF's Sworn Certification; and

Exhibit C:    Chart of IAMNPF's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of September, 2025.

JASON A. FORGE (W.D. Mich. Bar ID
CA181542)

- 1 -

4922-1943-9465