UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS
CONSTRUCTION INDUSTRY AND
MISCELLANEOUS PENSION FUND,

        Case No. 1:25-cv-802

    Plaintiff,

        Hon. Hala Y. Jarbou

v.

NEOGEN CORPORATION, et al.,

    Defendants.

_____/

## ORDER

The Court having reviewed the parties' stipulation setting amended complaint and briefing schedule,

**IT IS ORDERED** that the parties' motion (ECF No. 29) is **GRANTED IN PART** and **DENIED IN PART**.

1. Lead Plaintiffs shall file an amended complaint on or before **January 20, 2026**.

2. Defendants shall file their motion to dismiss the amended complaint on or before **February 10, 2026**.

3. Lead Plaintiffs shall file their response to Defendants' motion to dismiss on or before **March 10, 2026**.

4. Defendants shall file their reply brief on or before **March 24, 2026**.

**IT IS SO ORDERED.**

Dated: December 18, 2025        /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE