# Exhibit 11

## Neogen Corp. *(NEOG)*
Q3 2023 Earnings Call

 Corrected Transcript
30-Mar-2023

# CORPORATE PARTICIPANTS

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

**David Westenberg**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day and welcome to the Neogen Third Quarter Fiscal Year 2023 Earnings Conference Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. [Operator Instructions] Please note today's event is being recorded.

I'd now like to turn the conference over to Bill Waelke, Head of Investor Relations. Please go ahead.

## Bill Waelke
*Vice President-Investor Relations & Treasury, Neogen Corp.*

Thank you for joining us this morning for the discussion of the results of the third quarter of our 2023 fiscal year. I'll briefly cover the non-GAAP and forward-looking language before passing the call over to our CEO, John Adent, who will be followed by our CFO, Dave Naemura. Before the market opened today, we published our third quarter results as well as the presentation with both documents available in the Investor Relations section of our website.

On our call this morning, we will refer to certain non-GAAP financial measures that we believe are useful in evaluating our performance. Reconciliations of historical non-GAAP financial measures are included in our earnings release and the presentation, slide 2 of which provides a reminder that our remarks will include forward-looking statements within the meaning of the Private Securities Litigation Reform Act. These forward-looking statements are subject to risks that could cause actual results to be materially different from those expressed in or implied by such forward-looking statements. These risks include, among others, matters that we have described in our most recent Annual Report on Form 10-K and in other filings we make with the SEC. We disclaim any obligation to update these forward-looking statements.

With that, I'll turn things over to John.

# Neogen Corp. *(NEOG)*
Q3 2023 Earnings Call

 Corrected Transcript
30-Mar-2023

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Good morning, everyone, and welcome to our earnings call covering the third quarter of our fiscal 2023 year. We're pleased to be with you today to provide an update on our performance and the ongoing integration of the Food Safety business we acquired from 3M last year.

On our last earnings call, I mentioned the trend we were seeing in some of our macro-related softenings in our end markets. This continued in the third quarter with many food producers seeing lower unit volumes with inflationary pressure and consumers being a key driver.

On the Animal Safety side of our business, the macro weakening was driven primarily by difficult comparison against extremely strong market growth in Q3 of the last fiscal year and some destocking by our channel partners. Despite the macro headwinds, we delivered core growth in both legacy segments, aided by our diversification across product categories.

In the recently added Food Safety business, key product lines continue to be negatively impacted by the backlog situation at our transition manufacturing partner. After an unanticipated holiday shutdown in December, we've seen intermittent improvement, but not to sustain progress we expected. To resolve this, we've elevated it to the highest levels of our contract manufacturer where we've seen meaningful engagement to address the root causes and alleviate certain process constraints. We're working with them to provide additional input into key production decisions and believe we have a path to successful resolution over the coming quarters.

As we've discussed before, the former 3M business is a high quality franchise with leading diagnostic technology for high replenishment environments that in many cases is specked into their quality control processes. We understand the critical roles our products play and are working closely with our customers to fulfill as much of their demand as possible, while we work to return supply to its more normal levels.

With respect to the ongoing combination of the businesses, we continue to make good progress on the integration activities. Commercially, our teams have been combined and cross-trained and are navigating the tighter market conditions focused on a prioritized set of opportunities globally. We've seen significant growth in the sales pipeline over the last few months and are excited about the potential ahead. Additionally, we opened our new distribution center in Mount Sterling, Kentucky, which will be our primary point of distribution in the US for the combined business, allowing us to serve our customers more efficiently from a single location.

We're also continuing to make progress scaling up the infrastructure we need to fully accommodate the former 3M business within Neogen. The new facility we're building in Lansing ultimately will house the production currently handled by our transition manufacturing partner. Construction's progressing on track. The foundation's been poured, sections of the frame are starting to go up, and the customized equipment has already been ordered. Additionally, our ERP implementation for the combined business is well underway with completion on schedule for the end of calendar 2023.

And finally, we continue to add critical personnel in the quarter with additions to our back-office and related support teams, which play a key role in enabling our exit from the transition services agreements currently in place. Clearly, there's more work to do. But we remain very excited by the opportunities, the addition of such a high quality business, and the contributions we've seen from our new employees who are now part of our One Neogen team.

With that, I'll turn the call over to Dave for some more insights into our results for the quarter.

Copyright © 2001-2023 FactSet CallStreet, LLC