# Exhibit 13

**Neogen Corp.** *(NEOG)*
William Blair Growth Stock Conference

Corrected Transcript
06-Jun-2023

# CORPORATE PARTICIPANTS

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

................................................................................................................................................................................

# OTHER PARTICIPANTS

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

### Brandon Vazquez
*Analyst, William Blair & Co. LLC*

Hi, everyone. Thanks for joining us today at the William Blair Growth Stock Conference. My name is Brandon Vasquez and I'm a research analyst here at William Blair that covers healthcare, some medical device, dental, and animal and food safety names as well.

I'm required to inform you from a compliance perspective. For a complete list of research disclosures for potential conflicts of interest, please visit our website at williamblair.com. And I'm excited to have with us here today CEO John Adent; and CFO Dave Naemura of Neogen.

And with that, I'll let John take over and give a presentation for us.

................................................................................................................................................................................

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Yeah. Thank you, Brandon. So, thank you all for being here. We're glad to be able to – to present and tell you a little bit more about the Neogen story. As Brandon said, I'm John Adent and I'm president and CEO of Neogen. Just a quick reminder, that the presentation today, we're going to have forward-looking statements. So my attorney said here's our disclaimer for you to read at your leisure.

So a little bit about Neogen. Our mission is to be the leading company in the development and marketing of solutions for global food security. And this mission has never been more important than it is today as we continue to try to feed a world that's growing in population and greater demands on proteins and foods throughout the world.

Our vision is to continue to play a key role to enhance the safety of the food supply chain, the quality and quantity of that chain. And, again, it's extremely important with the size of the population, and Neogen is in the best position to do that kind of worldwide. We serve large and growing markets, which is really important. If you look

**Neogen Corp.** *(NEOG)*
William Blair Growth Stock Conference

 Corrected Transcript
06-Jun-2023

The acquisition of the 3M Food Safety business was a big acquisition for us, and it was a complex acquisition because it was a carve out. And I wanted to give you a status update on kind of where we are in that process. And we've made really some significant strides in continuing to bring these two businesses together.

So indicator testing, one of the biggest challenges we had was our manufacturing partner was struggling with back orders and we have made significant improvement sequentially from Q3 to Q4. We've closed Q4 three days ago, so we won't talk about it too much. And Dave's up here to hit me with a tranquilizer dart if I say anything that's pre our earnings call in July, so I won't. But really made significant improvement that we're very pleased with our manufacturing partner.

On the sample handling, we are continuing to move that business forward. I think what's interesting is on the far right side. So, within nine months, we will have three of the four manufacturing lines of the key product lines in-house at Neogen, right. So sample handling will be in-house, pathogen detection is in-house, and today, hygiene monitoring is already in-house.

So, we sped up the timeline to bring those product lines in-house. The only thing we'll have with our contract manufacturer continues to be Petrifilm, right, but it's going to reduce the complexity of our relationship with them and allow us to really control our destiny and driving those products forward.

The other thing that's a significant accomplishment that we'll have done in nine months is we will be off the transition service agreements, so the back office agreement which is [ph] ordered cash (00:20:50) that will be all in-house and distribution will all be in-house also. So, nine months from now, the only relationship we'll have with 3M is they will continue to make Petrifilm as we stand up our manufacturing plant in Lansing, right. So, significant progress in de-risking the business, bringing these things in-house, and continuing to drive the teams forward. And really, that's a testament to the team. And we have 127 different work streams that we manage daily working through these. And the thing that I think is important is as these are done, it was done not only to bring in the 3M business into Neogen, but it allowed us to re-platform Neogen. So, what I mean by that was we were going to do a new manufacturing site at the site where we're doing the 3M. It was 60,000 square feet, now it's 130,000 square feet.

We're a company that has grown. Well, let me do it this way. It's easier. In 32 years, we have only not grown in six quarters. With that type of growth, a lot of times we are scrambling to continue to make production fast enough. So, we – if you've ever been to our facility, we have a lot of different sites. We put stuff where we needed them. This is now going to allow us to have a state of the art, very, very efficient manufacturing facility, not only for Petrifilm and the 3M products, but also for the legacy 3M or the legacy Neogen products. It's really going to allow us to drive that efficiency forward.

In addition to that, is our SAP implementation, right. We're bringing that forward because 3M was running SAP. So, we're bringing the legacy system across. Putting in our new 3M – our new ERP system. And now we're going to bring Neogen over the top. So, really re-platforming the business for future growth because when we talked about that $1.3 billion of adjusted EBITDA, that's the starting point. That's not the ending point. That's where we're going to start the business.

This is what we talked about. The business really increased our financial profile. So pre-merger, we were roughly $530 million in revenues, $115 million in EBITDA, and our adjusted EBITDA margin was 22%. The 3M business is a very profitable business that we really liked. And we saw that the first month or the first quarter of course, our adjusted EBITDA went from 22% to 28%.