# Exhibit 17

**Neogen Corp.** *(NEOG)*
Q3 2024 Earnings Call

Corrected Transcript
09-Apr-2024

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Bill. Good morning everyone, and welcome to our earnings call for the third quarter of our 2024 fiscal year, which saw us complete a number of milestone achievements on our integration journey. We completed the relocation of the former 3M pathogen detection product line and on our manufacturing in one of our Lansing facilities. We also completed the first two of our four-phase relocation of the former 3M sample handling product line to one of our facilities in Lexington, with the remaining two phases expected to be completed by the end of the fiscal year and production beginning in Q1.

The manufacturing of Petrifilm will continue under the current transition agreement until we have our own Petrifilm line operational in our new facility in Lansing. The construction of the facility is almost complete. Work has begun on outfitting the interior and we have taken delivery of several initial shipments of production equipment with the more significant shipments expected to arrive in the fall.

Our plan is to exit the Petrifilm transition agreement gradually, as we first qualify and then ramp up our own production. The initial term of the Petrifilm agreement ends in August of 2026, with our goal clearly being to exit before that time. Over the past several quarters, we've scaled up our back office and distribution capabilities. And during the third quarter, completely exited the transition services and distribution agreements we have with 3M. This in combination with the related system implementation has, however, created inefficiencies in our operations that we're continuing to work through.

These inefficiencies have negatively affected the rate at which we're able to meet end user needs and ship products to customers. This has contributed to an extended period with a higher-than-usual backlog of open orders that invariably has negatively impacted demand when our products have not been readily available. In most instances, we believe these situations represent lost sales more than lost customers. But there are clearly some customers we're going to have to win back.

Moving to the results of the quarter, we had solid core revenue growth in both segments, although it was below our expectations due to the aforementioned shipping inefficiencies. We're encouraged, though, by the continued improvements we've seen in the end market environment. On the Food Safety side of the business, most food producers saw continued sequential improvement in unit production volumes, a trend that we expect to continue. Our Food Safety core revenue grew in the mid single-digit range, led by another strong quarter of Petrifilm sales, including a return to growth in Japan where we had previously experienced some customer attrition due to supply constraints.

In Animal Safety, destocking in the large veterinary distributors was no longer a headwind, with the inventory levels having normalized and some distributors having selectively begun to rebuild inventory in certain product categories based on end market demand. Our core revenue growth in this segment was also in the mid-single-digit range, led by our broad portfolio of biosecurity products and vet instruments. Excluding our genomics business, Animal Safety core revenue growth in the quarter was strong, up in the mid-teens range, albeit on an easier compare against a destocking quarter in the prior year.

In genomics, we're seeing the business stabilize, as we shift our focus toward the large animal end of the market. Although still down on a year-over-year basis, we did see core revenue trend positively for the second quarter. While the end market environment is improving, we're updating our full-year outlook to reflect the expected impact of our shipping issues.

## Neogen Corp. *(NEOG)*
Q3 2024 Earnings Call

 Corrected Transcript
09-Apr-2024

We believe these challenges are temporary and that we will be able to recover the lost revenue. But we do expect to see a near-term impact on the lower shipments in Q3 and the rate we're carrying into Q4. It is clear they will take additional time to get the shipping levels where they need to be on a sustainable basis to serve end market demand. Resolving these challenges and meeting our customers' needs are our highest priority.

On the product development front, we continue to see benefits from our broadened R&D capabilities, particularly as it relates to our pathogen detection product offering. We recently received approval of a new molecular detection assay from AOAC, which is an independent body of analytical science professionals that validates testing methods for the food safety industry.

This new assay, which we expect to officially launch later this month, provides rapid and specific detection of two salmonella serotypes that are highly relevant for the poultry industry. We believe this assay utilizes a simpler protocol and is more user friendly than competitive options, and it allows users of the Neogen Molecular Detection System platform seamlessly run these additional serotype tests.

Pathogen detection is a significant area we are focused on to drive growth, leveraging the complementary product technologies and technical capabilities of our combined organization. We also continue to drive innovation in our food quality and nutritional analysis business. We have recently developed a testing method utilizing proprietary technology that allows bioethanol producers to determine how much of their production is from cellulose versus starch-based raw materials.

This test is the first to market of its kind and can provide significant value to these producers, as they're able to command a premium for cellulose-based bioethanol. Food quality and nutritional analysis is an attractive market and we're excited about the additional opportunities we have to capitalize on the demand for greater visibility in food content overall.

When we made the strategic decision to expand our scale and solidify our position as the global leader in food safety by acquiring the former 3M Safety Division (sic) [3M Food Safety Division], we recognize there would be a complex and challenging carve-out and integration of the business. While I am not pleased with the present inefficiencies, we are committed to navigating the challenges and ultimately realizing the long-term benefits of this combination.

I'll now turn the call over to Dave for some more insights into the results for the quarter.

## David H. Naemura
*Chief Financial Officer, Neogen Corp.*

Thank you, John, and welcome to everyone on the call today. Jumping into the results, our third quarter revenues were $229 million. Core revenue, which excludes the impact of foreign currency, acquisitions and discontinued product lines, grew over 6% for the quarter, while foreign currency was a headwind of 140 basis points compared to the prior year. As John mentioned, this growth was impacted by our shipping inefficiencies, as we did not reduce our past due backlog, as we had planned; and our extended lead times negatively impacted demand.

Moving to the segment level, revenues in our Food Safety segment were $158 million in the quarter, an increase of 4% compared to the prior year, including core growth of almost 6%. The core growth was led by the Indicator Testing, Culture Media & Other product category, which benefited from double-digit growth in our Petrifilm and sample handling product lines, primarily driven by North America and Europe.



**Neogen Corp.** *(NEOG)*
Q3 2024 Earnings Call

**C** Corrected Transcript
09-Apr-2024

---

EBITDA in the current year Q3 fell through to adjusted net income at a lower rate, primarily due to higher depreciation expense related to our ERP implementation.

We ended the quarter with gross debt of $900 million, 67% of which remains at a fixed rate and a total cash position of $168 million. Cash was impacted by planned integration CapEx and further purchases of finished goods inventory as we exited the 3M distribution network. Cash was further impacted by an elevated accounts receivable balance, driven mostly by the back-end loaded nature of the quarter as well as the semiannual interest payment on our bonds.

As John mentioned earlier, we are encouraged by the positive direction in which our end markets are trending. However, the impact from our shipping efficiency (sic) [inefficiency] impacted Q3 and will continue in Q4 at a rate higher than previously anticipated. As a result, we are updating our full-year guidance and now expect revenue to be between $910 million and $920 million and adjusted EBITDA to be in the range of $210 million to $215 million. We continue to expect full-year capital expenditures of approximately $130 million, including integration-related capital expenditures of approximately $100 million, the majority of which we do not expect to repeat next year.

I'll now hand the call back to John for some closing thoughts.

---

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Dave. The third quarter marked a significant step in the integration and our ultimate journey towards full autonomy as a combined business. Certain aspects of the integration, however, have taken longer than we anticipated. And while the operational inefficiencies we're currently experiencing are disappointing, we have our arms around the key issues and are fully committed to resolving them in the near future.

We expect to return to more typical growth levels, but have initiated a comprehensive review of our operating infrastructure to identify where we can better balance investments in the business with the growth that we've seen this year and the growth we expect to achieve, given our leadership position in an attractive end market. The integration process we've made has also come with substantial investment in working capital and CapEx this year, which we expect will reduce significantly in 2025.

We've spoken in the past about reviewing different parts of our portfolio and that work has accelerated. Importantly, the external market weaknesses we have been navigating for the past several quarters is improving. Unit production volumes in the food industry are still mostly negative, but are improving; and animal safety distributor inventory levels have largely come back into balance. It is our job now to address the internal challenges from the integration to capitalize on the improving end market environment and also bring back customers who may have gone elsewhere during inconsistencies of supply and we will.

Our team members around the world have worked tirelessly and continue to do so, not only on integration, but also on positioning the company to capitalize on its multiple long-term growth opportunities. I want to thank them again for their efforts and dedication.

Now, I'll turn things over to the operator to begin the Q&A.

---

Copyright © 2001-2024 FactSet CallStreet, LLC