# Exhibit 19



Fiscal Year 2024
Fourth-Quarter
Results
July 30, 2024

# Q4 FY24 Summary

- Integration momentum continued
  - Relocation of sample handling manufacturing complete, ramp-up to full production underway
- Shipping performance improved throughout the quarter
  - System-related distribution issues have since been resolved
- End-market environment broadly stable from Q3
  - Food production volumes generally still down, expected to gradually improve over the course of FY25
- Commercial teams focused on demand generation
  - Leveraging broad portfolio and customer service, as well as technology and product development initiatives
- Distribution inefficiencies from recent integration activities continued
  - EBITDA margin impacted by incremental costs to optimize shipping levels
- Investment in growth initiatives continued
  - Recent launch of Automated Feeder is latest innovation for key Petrifilm product line

## Moving past integration challenges, focused on driving growth

# Integration Fully Underway



Key integration activities nearly complete, with Petrifilm production final outstanding item

©2024 NEOGEN Corporation. All rights reserved.

# Summary

- All former 3M Food Safety products, outside of Petrifilm, and supporting services integrated into Neogen

- Significant progress made on shipping challenges throughout Q4 – no longer a constraint

- Operating with reasonable backlog levels – focus is on demand generation

- Have moved past peak cash outflows related to integration

- Continued investment in innovation behind key technology platforms

**Focused on driving efficiency and demand in unconstrained operating environment in FY2025**