# Exhibit 20

**Neogen Corp.** *(NEOG)*
Wells Fargo Healthcare Conference

# QUESTION AND ANSWER SECTION

**Brandon Couillard**
*Analyst, Wells Fargo Securities LLC*

 **Q**

I'd like to start with the 8-K you put out this morning with some initial thoughts on your first quarter. Any additional color you'd like to provide from that update?

---

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

**A**

Yeah. Thanks, Brandon. It's a great place to start. So, our fiscal year is such that it's always a little awkward timing when it seems most of the conference season happens. But we just ended our first quarter last Saturday. And I guess the message we're putting out is, first and foremost, that maybe three messages in there.

One, it kind of came in as predicted. As we had – we're in line with our expectations as outlined when we took people through our Q4 earnings in July.

I think secondly, we have some well-documented challenges with our shipment operations, and that was throughout the course of 2024. In our fourth quarter, we talked about getting over the hump on that in Q4, and I'm just happy to report that that progress has been sustained through Q1 and we feel that those challenges that played just in 2024 are behind us here in 2025.

And then finally, we noted that in our fiscal 2025, we anticipate some demand headwind as a kind of a hangover for some of the execution challenges that we had in our fiscal 2024, and that's going about as expected. We were encouraged by some of the feedback that we've gotten from the sales organizations and some of the customer feedback, so I think progressing well there as well.

So I think here we sit, end of the quarter, a lot of work to do. We got to go close some books and figure out all the numbers. But things seem to be coming together as we had previously anticipated.

---

**Brandon Couillard**
*Analyst, Wells Fargo Securities LLC*

 **Q**

What is your level of confidence in being able to recover the lost sales due to those shipping inefficiencies last year?

---

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

 **A**

Yeah. Yeah, that's a good question. Look, we don't take any customer for granted, but we do believe that people like doing business with us. We have products that we know that people know work. We have the broadest range of offering, and we have great service. We go direct typically at a greater level than others and we have good technical support.

But we've got to be a trusted supplier, and I think we have some trust to earn back and we recognize that and that seems to be most of the conversations that we have. But the feedback that we've gotten from a lot of customer interaction, and one of the reasons we were encouraged, was we've seen in some cases a number of customers coming back to us and in other cases, the right conversations happening. So we feel encouraged by what we're

---

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

3

Copyright © 2001-2024 FactSet CallStreet, LLC

# Neogen Corp. *(NEOG)*
Wells Fargo Healthcare Conference



Corrected Transcript

05-Sep-2024

---

seeing, but we recognize it's going to take some time as we demonstrate that we're back to business as usual, which we believe we are.

---

### Brandon Couillard
*Analyst, Wells Fargo Securities LLC*

Q

It seems like you've made a lot of progress integrating the 3M business in the second half of last year...

---

### David H. Naemura
*Chief Financial Officer, Neogen Corp.*

A

Yeah.

---

### Brandon Couillard
*Analyst, Wells Fargo Securities LLC*

Q

...but it resulted in some operational issues. Do you think you're past the most significant integration challenges at this point?

---

### David H. Naemura
*Chief Financial Officer, Neogen Corp.*

A

Yeah. Look, it can't be underestimated what was accomplished in the second half of fiscal 2024. And our teams worked tirelessly to get this done. But we fundamentally brought not only – we stood up a new distribution facility that brought in all the 3M business into it. So we extracted ourselves from the 3M logistics and distribution network and came off the order to cycle back office support from 3M all into a new implementation of SAP, while at the same time, we brought in fundamentally three or two – two more additional product lines on the manufacturing.

So as we exited fiscal 2024, the only material thing left was – is the implementation or the integration of Petrifilm manufacturing, where we're building the new plant and putting in new equipment because we're not taking it out of 3M. Rather, we're standing up that capability internally. And that was always going to have a longer tail on it.

And so, I think we've successfully got it down to just that. It wasn't easy. It wasn't without some disruption, but we think we're through those issues [ph] so it's top (04:47), but a lot got accomplished. And I know John were here and I will say for myself, we're just super proud of the people that had the fortitude to get us over the line.

---

### Brandon Couillard
*Analyst, Wells Fargo Securities LLC*

Q

In addition to all the integration work, you've been managing through some softer conditions in both of your mainland markets for some extended period of time. What sort of trajectory do you see from where you stood today?

---

### David H. Naemura
*Chief Financial Officer, Neogen Corp.*

A

It's interesting. I think people underappreciate that from an end market perspective, it's been a bit of a perfect storm. I mean, we saw the more cyclical Animal Safety side of our business cycle down and inventory come out of the distribution channels really, really through the second half of our fiscal 2023 and the first half of our fiscal 2024. And now that's rightsized, but that was disruptive. And now, we think we're operating at the lower – kind of the low end of the animal safety cycle, which will eventually turn up, but we continue to operate at low end.

---