# Exhibit 21

**Neogen Corp.** *(NEOG)*
Q1 2025 Earnings Call

Corrected Transcript
10-Oct-2024

# CORPORATE PARTICIPANTS

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**David Westenberg**
*Analyst, Piper Sandler & Co.*

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

**Thomas DeBourcy**
*Analyst, Nephron Research LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning, ladies and gentlemen, and welcome to the Neogen Corporation First Quarter 2025 Earnings Call. At this time, all lines are in listen-only mode. Following the presentation, we will conduct a question-and-answer session. [Operator Instructions] This call is being recorded on Tuesday, October 10, 2024. I would now like to turn the conference over to Bill Waelke, VP, Investor Relations and Treasury. Please go ahead.

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

Thank you for joining us this morning for the discussion of the first quarter of our 2025 fiscal year. I'll briefly cover the non-GAAP and forward-looking language before passing the call over to our CEO, John Adent, who will be followed by our CFO, Dave Naemura.

Before the market opened today, we published our first quarter results, as well as the presentation with both documents available in the Investor Relations section of our website. On our call this morning, we will refer to certain non-GAAP financial measures that we believe are useful in evaluating our performance. Reconciliations of historical non-GAAP financial measures are included in our earnings release and the presentation. Slide 2 of which provide a reminder that our remarks will include forward-looking statements within the meaning of the Private Securities Litigation Reform Act.

These forward-looking statements are subject to risks that could cause actual results to be materially different from those expressed in or implied by such forward-looking statements. These risks include, among others, matters that we have described in our most recent annual report on Form 10-K and in other filings we make with the SEC. We disclaim any obligation to update these forward-looking statements.

With that, I'll turn things over to John.



# Neogen Corp. *(NEOG)*
Q1 2025 Earnings Call

**Corrected Transcript**

10-Oct-2024

---

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Bill. Good morning, everyone, and welcome to the earnings call for the first quarter of our 2025 fiscal year. At the beginning of September, we crossed the two-year anniversary of the closing of the 3M Food Safety transaction, which solidified our position as the largest player with the broadest product portfolio and geographic reach in an attractive and important end market.  That transaction strengthened our company in the food safety end market, where we generate approximately two-thirds of our revenue from products and solutions that help protect the food supply.

We provide an important and relatively inexpensive line of defense in the rapid detection of contaminants in the production and distribution of food and beverages. We believe the food safety market has a number of secular tailwinds. One of these tailwinds involves the expected increase of various food testing regulatory requirements around the world. We saw another example of this recently in the US with the USDA's declaration of salmonella as a known adulterant in raw, breaded and stuffed chicken products joining E. coli and Listeria as the other known pathogen adulterants in different food types.

The USDA and other international regulatory bodies continue to focus on reducing severe illness and fatalities stemming from food borne pathogens. And we anticipate the emergence of additional regulatory requirements in the future.

Other key tailwinds in the food safety market include the increasing expectation for consumers to know what is in and not in their food, as well as the high cost associated with contaminated products reaching the shelves. Beyond the obvious tragic consequences that can result from consuming contaminated food or beverages, the cost to companies of the associated product recalls, litigation, brand damage and even facility closures can be tremendous, as evidenced recently by several unfortunate high-profile outbreaks.

These occurrences reinforce the value proposition of Neogen solutions and industry expertise, which have never been more relevant than they are today. Our commercial teams have been engaging in an increasing number of these conversations with customers, offering not only the breadth of our products and services, but also the long-standing knowledge and expertise we can provide in structuring robust food safety testing programs.

We expect these factors to continue to support growth in the food safety end market, and a continuation of the progress we've made in expanding and in some cases, winning back market share. In Animal Safety, we continue to manage through end market conditions we believe are at or near cyclical lows, particularly in the United States where most of our business in this segment is focused.

Our Animal Safety sales are influenced by net farm income, which after peaking in 2022 in the US, declined in 2023 and is declining again in 2024.

The majority of our business in this segment goes through large distributors and despite weaker conditions, sales of our products out of the distribution channel have continued to grow. However, our sales to our distributor partners are subject to movements in the timing of orders and inventory levels, as well as any other factors or initiatives specific to individual distributors.

In the first quarter, some of our key distributors reduced inventory levels due to order timing in the fourth quarter, while others did so as a result of some specific challenges they're experiencing in their particular business. We are not seeing the indications of a destocking trend and believe the sales out of our products support an

---

## Neogen Corp. *(NEOG)*
Q1 2025 Earnings Call

**Corrected Transcript**

10-Oct-2024

improvement in our Animal Safety growth rates in the coming quarters. And of course, we'll continue to monitor the channel dynamics closely.

In our Genomics business globally, first quarter revenue was down on a year-over-year basis, but improved from the decline we saw in the fourth quarter. We began to round trip the impact of the strategic shift towards larger production animals in the quarter, and did see growth in our large animal business. This growth was offset by weakness in the companion animal side of the business, driven by lower number of new puppies and increased inflationary pressure on customers.

We are continuing to focus on driving growth in the direct to producer beef and dairy segments, while also targeting actions to right size the cost base to better align with the current level of revenue.

With respect to our integration progress, the ERP-related challenges that we've been experiencing in our primary distribution center have been resolved and we no longer are constrained by shipping. That being said, we do see opportunity to drive improvements in the efficiency of that operation and our teams are focused on executing a number of initiatives there.

On the production side, we've completed the relocation of the former 3M sample collection product line. While we've been in the process of ramping up our production, we haven't been able to fully keep up with end user demand, which weighed on our sample collection sales in the quarter.

We currently have all lines operational with the line of sight to reach normal production levels in the third quarter. Our new Petrifilm facility is progressing well and the first of our two major shipments of equipment is expected to land in Lansing in January. It will take several months to uncrate everything and get it moved into the new building, but the receipt of the equipment is clearly an important milestone in that process.

With the recent shipping challenges behind us, regaining market share is a top priority. The response to our initial efforts in this area have been encouraging. We are a known and trusted partner in the industry with leading products that are globally validated, and most customers are primarily focused on a demonstrated period of reliable supply. Because of this, share recapture will not happen overnight. But the progress we've made so far is in line with our expectations. Our commercial teams are executing detailed tactical plans that are driving constructive dialogue with previously impacted customers, and we're looking forward to continuing to demonstrate our capabilities as a reliable, knowledgeable source of leading food safety testing solutions.

I'll now turn the call over to Dave for some more insights into our results for the quarter.

## David H. Naemura
*Chief Financial Officer, Neogen Corp.*

Thank you, John, and welcome to everyone on the call today. Jumping into the results, our first quarter revenues were $217 million. Core revenue, which excludes the impact of foreign currency acquisitions and discontinued product lines, declined 1% for the quarter, while foreign currency was a headwind of 390 basis points compared to the prior year. The first quarter is historically our seasonally lowest of the year, with this year's first quarter seeing the impact of lost sales related to our shipping challenges in the second half of fiscal 2024.

At the segment level, revenues in our Food Safety segment were $159 million in the quarter, a decrease of 4% compared to the prior year, including core growth of 1%. The core growth was led by the indicator testing, culture media and other product category, which benefited from strong growth in our Petrifilm product line as well as in

**Neogen Corp.** *(NEOG)*
Q1 2025 Earnings Call

Corrected Transcript
10-Oct-2024

food quality, nutrition analysis and culture media. This growth was partially offset by a decline in sample collection, as we fell behind demand during the process of ramping up production in our own facility.

The bacterial and general sanitation product categories saw modest growth in pathogens, which was offset by declines in general sanitation and microbiology. Within the natural toxins and allergens category, modest growth in allergens was offset by a decline in natural toxins.

Quarterly revenues in the Animal Safety segment were $58 million, which includes a core revenue decline of 8% compared to the prior year quarter. Within biosecurity, strong growth in rodent control products was offset by declines in insect control and cleaners and disinfectants. The vet instruments in disposables product line had a slight core revenue decline, while the animal care and other product category had a larger core revenue decline, driven in part by supplier-related product availability issues.

Worldwide genomics revenue was down mid-single digits on a core basis. Solid growth in beef markets was offset by the shift away from small production animals in the US, the impact of which we have mostly anniversaried as of the end of Q1.

From a regional perspective, core revenue growth in the first quarter was mixed. Growth was led by Latin America, which saw double-digit growth, with a strong performance across most key product categories. The growth was driven by continued build-out of inventory across the distribution channel as well as some new business wins.

Our business in Europe was roughly flat on a core basis, with growth in Petrifilm, cleaners and disinfectants, culture media and vet instruments offset by declines in sample collection, general sanitation and genomics.

Asia-Pacific core revenue was down slightly on a year-over-year basis, with growth in Petrifilm, cleaners and disinfectants, and food quality, offset by declines in pathogens and general sanitation.

Our US and Canada region saw the largest carryover impact from the shipment delays last year, with core revenue down in the mid-single digit range. Despite this impact, Petrifilm and culture media had solid growth, which was offset by declines in most other food safety product categories.

In the Animal Safety segment, strong growth in rodent control products was offset by declines in the other major product categories.

Gross margin in the first quarter was 48.4%, representing a decrease of 260 basis points from 51% in the same quarter a year ago, and an improvement sequentially due mostly to some re-class and one-time items that impacted Q4. Adjusting for transaction and integration-related costs, as well as discontinued products, the year-over-year gross margin decline in Q1 was 90 basis points. The decline was driven primarily by lower volume and continued higher distribution costs. Adjusted EBITDA was $44 million in the first quarter, representing an adjusted EBITDA margin of 20.1%, a year-over-year decline of 280 basis points. The decline in adjusted EBITDA margin was driven by lower revenue in the quarter and the decline in gross margin with additional negative impact from having the full cost to exit the various transition agreements, including some impact from higher shipping, a portion of which are reflected in operating expenses.

First quarter adjusted net income and adjusted earnings per share were $14 million and $0.07, respectively, compared to $24 million and $0.11 in the prior year quarter. The declines in the current year Q1 were driven primarily by the lower adjusted EBITDA.