# Exhibit 22

**Neogen Corp.** *(NEOG)*
Q2 2025 Earnings Call

Corrected Transcript
10-Jan-2025

# CORPORATE PARTICIPANTS

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

**Subbu Nambi**
*Analyst, Guggenheim Securities LLC (Research)*

**David Westenberg**
*Analyst, Piper Sandler & Co.*

**Thomas DeBourcy**
*Analyst, Nephron Research LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning, ladies and gentlemen, and welcome to the Neogen Corporation Second Quarter 2025 Earnings Conference Call. At this time, all lines are in a listen-only mode. Following the presentation, we will conduct a question and answer session. [Operator Instructions] This call is being recorded on Friday, January 10, 2025.

I would now like to turn the conference over to Bill Waelke. Please, go ahead.

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

Thank you for joining us this morning for the discussion of the second quarter of our 2025 fiscal year. I'll briefly cover the non-GAAP and forward-looking language before passing the call over to our CEO, John Adent, who will be followed by our CFO, Dave Naemura.

Before the market opened today, we published our preliminary second quarter results as well as a presentation with both documents available in the Investor Relations section of our website. We are in the process of finalizing our quarterly financials, and while we do not expect them to, actual results could differ from the preliminary results being discussed today.

On our call this morning, we will refer to certain non-GAAP financial measures that we believe are useful in evaluating our performance. Reconciliations of historical non-GAAP financial measures are included in our earnings release and the presentation.

Slide 2 of which provides a reminder that our remarks will include forward-looking statements within the meaning of the Private Securities Litigation Reform Act. These forward-looking statements are subject to risks that could cause actual results to be materially different from those expressed in or implied by such forward-looking

**Neogen Corp.** *(NEOG)*
Q2 2025 Earnings Call

 Corrected Transcript
10-Jan-2025

statements. These risks include among others, matters that we have described in our most recent Annual Report on Form 10-K and in other filings we make with the SEC. We disclaim any obligation to update these forward looking statements.

I'll now turn things over to John.

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Bill. Good morning, everyone, and welcome to the earnings call for the second quarter of our 2025 fiscal year. The second quarter reflected steady progress as we saw improvement across the business compared to the first quarter, with core revenue growth accelerating in both of our segments, sequential margin expansion, and significantly better free cash flow.

In our Food Safety segment, the end market continues to work through unprecedented times stemming from the significant inflation of food prices and resulting lower levels of food production. However, we've continued to see gradual improvement, with our proxy for the global food production beginning to approach flat levels on a year-over-year basis. This gradual end market improvement has coincided with what we see as an increasing focus on Food Safety from both consumers and regulators given the number of recent food contamination incidents, some of which have had tragic consequences.

From a regulatory perspective, we are seeing an increased level of interest in food borne pathogen mitigation. Following the USDA's declaration over the summer of salmonella as an adulterant in breaded and stuffed chicken products, the agency has more recently proposed an expanded framework under which salmonella would be declared an adulterant in additional raw poultry products. And would also include additional monitoring and sampling requirements.

The public comment period for this proposed framework ends next week, with any final determination on the path forward likely to be made in late 2025. The agency also announced last month that it will be taking new steps to strengthen its oversight of facilities producing ready-to-eat food products, specifically, in response to several recent foodborne illness outbreaks resulting from exposure to listeria monocytogenes.

The USDA issued a series of notices and directives that provided more robust approach to listeria mitigation and included additional data collection and training, as well as enhanced testing by the agency for listeria species and guidelines for an effective food safety assessment methodology.

From a consumer perspective, the fact that food content more broadly was a prominent topic in the recent US presidential election and seemed to resonate with many people bodes well for our market. We fully expect consumers to continue to demand not only the obvious and safe food, but also increasing disclosure on the content of food and beverage products.

With the broadest product portfolio in the industry, Neogen is, of course, able to offer solutions to food producers that help to address all of these concerns. Last month, we further expanded our product portfolio, Petrifilm, with the addition of Bacillus cereus count plate, which is the first new Petrifilm plate launched in the last seven years, underscoring our commitment to build on this product platform as a part of Neogen.

This ready-to-use plate expands our Petrifilm offering to include another persistent food safety threat and eliminates the prep work associated with traditional agar methods, while delivering easy to interpret, high confidence results in as little as 20 hours. We continue to leverage our product portfolio and the increasing focus

Copyright © 2001-2025 FactSet CallStreet, LLC

**Neogen Corp.** *(NEOG)*
Q2 2025 Earnings Call

**Corrected Transcript**
10-Jan-2025

on food safety to drive growth despite the temporary headwinds from sample collection production. And made further progress in the quarter winning back market share we ceded from shipping delays late last fiscal year.

In our Animal Safety segment, core revenue growth improved 11% from the first quarter. On our last earnings call, we made the observation that we did not believe the lower first quarter revenue in Animal Safety was the result of a broader destocking trend, and we were pleased to see the return to growth in the second quarter. Despite inventory in the distribution channel being at low levels, growth in the sales of our products out of the channel remained positive. It's difficult to make a call on when the market will turn, but we continue to believe we're operating around cyclical lows and are encouraged by the growth we saw in the quarter.

In our Genomics business globally, second quarter core growth was down mid-single digits on a year-over-year basis. We have round tripped the impact of the strategic shift towards larger production animals and did see growth in our differentiated cattle business in the quarter. This growth was offset by ongoing weakness in the companion animal side of the business, driven by a lower number of pet adoptions and continued inflationary pressure on consumers, as well as a reduced level of outsourced testing.

With respect to the integration, we have discrete initiatives underway to drive improvements and efficiency of our fully integrated shipping and distribution operations, which we will expect to begin to show benefit in the third quarter.

Regarding the relocated sample collection production, the process of ramping up is continuing. All of the product lines are operational and we believe are on track to reach prior production levels by the end of the third quarter. Our new Petrifilm facility continues to progress well. With the first two major shipments of production equipment having already arrived in Lansing where the extensive process of unpacking, assembling and rigging for installation has already begun. We are on track for our goal of beginning initial test production in the new facility in the fall of 2025.

While our primary focus has shifted to winning in the market, we have also undertaken actions to accelerate the building of a more profitable, focused Neogen. During the second quarter, we initiated restructuring actions focused mainly on rightsizing our Genomics business to drive a higher level of profitability with a more streamlined operations focused on our differentiated large animal offering.

We expect additional restructuring activities in the third quarter as we continue to work on opportunities to protect margins and streamline different parts of our business, including further actions planned in Genomics. Over the last several quarters, we've mentioned that portfolio review has been a priority and that there has been a significant amount of work being done to support that.

The internal portion of that work is now mostly behind us, and we have multiple projects underway to explore strategic alternatives for a meaningful portion of our Animal Safety segment. We have not finalized any portfolio moves, but we currently have engagement with other parties that will review opportunities on the basis of creating value for shareholders by improving profitability and further focusing the company on the attractive food safety market.

With the first half of the year now behind us, we're updating our full year outlook. Revenue in the first half was in line with the expectations we communicated, including progress on share recovery. The largest portion of the change in guidance is due to additional foreign exchange headwinds and lower Genomics revenue from our restructuring actions, as well as the longer ramp-up period we're working through for sample collection production.

# Neogen Corp. *(NEOG)*
Q2 2025 Earnings Call


Corrected Transcript

10-Jan-2025

Yeah. And, Brandon, it's John. I'd just add to what Dave said. The other piece we're doing is, we talked about the restructuring activities we're taking to make sure that we can continue to drive to our targets, and where we put the guide at the mid-20% range in the second half of the year for EBITDA.

### Brandon Vazquez
*Analyst, William Blair & Co. LLC*


Q

Okay. That makes a lot of sense. Maybe a little bit more granular of a question on near-term trends. On sample handling, can you talk to us a little bit about – obviously, in the past, when you've had some issues in distribution, things like that, this is Food Safety, customers need to test. They moved to someone else. Are you guys getting in a position now as you're the manufacturer, you're taking a little longer in sample handling to ramp?

Are you kind of losing some share there? Is this going to be something that, even if it's fixed, I think, John, you said it at the end of fiscal Q3, we're going to probably have several quarters of headwinds after it because you need to go out, reengage with those customers and get that share back again?

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah, I think that's exactly right, Brandon. You see that that business is a consumable business, right? So, when you lose – when you don't have product available, you lose the sale and the customer has to go buy that product from somewhere else. So I think it's been a bit of a challenge, we've talked about some of the things that happened with it. We weren't able to get the desired safety stock up. We brought four lines over, it was one line that's kind of been the challenge. Product line wasn't decommissioned, right? So we began production in our facility in the second quarter.

We're at about half that output now of historic. We think we're going to be at 100% for Q3. We think the – Q1, the impact was about $4 million to $5 million. We think Q2 it's probably grown a little bit to $6 million. But we see that easing in the second – or in the third quarter and then going into fourth because we're going to be able to bring those capacity rates back up by the end of the third quarter.

### Brandon Vazquez
*Analyst, William Blair & Co. LLC*


Q

Okay. Great. And John, one last one. Another big picture one. You talked a little about the evolving food regulation space. It seems like there's even some potential for a separate food administration, which would be great. I think there's a lot of – there tends to be a lot of questions just around what could this mean for food safety regulation in general, and then what it can mean for Neogen.

I know you touched on a little in the prepared remarks, but maybe talk about like what are some realistic scenarios you could see playing out here and where can you see benefits. Because some of your biggest customers are probably already extensively food testing, right? So, where can you see benefits to the business in an increasingly food regulatory environment? Thanks, guys.

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. Thanks, Brandon. Yeah. Look, I think the tailwinds from this could be very significant for Neogen over the longer term. When you look at some of the challenges that companies have had recently, and all of us are aware, those are very established companies that have had very significant food safety programs. I think the thing that people need to recognize is food safety monitoring and testing is very much like cybersecurity. It never ends. And