# Exhibit 23

**Exhibit 99.1**

**Neogen Announces Third-Quarter 2025 Results**

- Revenue of $221.0 million.

- Net loss of $11.0 million; $(0.05) per diluted share.

- Adjusted Net Income[1] of $20.9 million; $0.10 per diluted share.

- Adjusted EBITDA[1] of $48.5 million.

- Updating full-year guidance.

[1] Non-GAAP financial measures; see explanations and reconciliations that follow.

LANSING, Mich., April 9, 2025 – Neogen Corporation (NASDAQ: NEOG) announced today the results of the third quarter ended February 28, 2025.

"During the third quarter, we continued to make good progress on the integration and saw a solid underlying performance in our Food Safety segment," said John Adent, Neogen's President and Chief Executive Officer. "The quarter was impacted by lower sample collection revenue, but we made significant improvements in our sample collection production and reached prior throughput levels at the end of the quarter. Outside of the sample collection product line, core revenue in our Food Safety segment grew 7%, which we believe reflects a solid underlying business. The establishment of our own Petrifilm production continues to progress well, with the first of two production lines nearly completely installed, and we remain on track to begin initial test production in the fall. "

"Over the course of the third quarter, we also saw the broad development of a level of uncertainty primarily related to global trade policies, which contributed to our results being below our expectations. In the face of faltering consumer confidence, a lack of clarity with respect to global trade and concerns about the potential for recession, we saw both domestic and international distributors being less willing to commit to inventory. Food Safety is an end market that has historically been relatively insulated against periods of economic weakness and we expect that will continue to be the case as the environment continues to develop. However, we are taking decisive actions to influence those things that are within our control. We view this as a critical period in Neogen's transformation and are entirely focused on improved execution. We remain optimistic about the future trajectory of the business and believe the changes we are making will allow us to not only manage through the current uncertainty, but also position us to deliver on the long-term growth opportunity in front of us."

**Financial and Business Highlights**

Revenues for the third quarter were $221.0 million, a decrease of 3.4% compared to $228.8 million in the prior year. Core revenue[1], which excludes the impacts of foreign currency translation, as well as acquisitions completed and product lines discontinued in the last 12 months, increased by 0.2%. Acquisitions and discontinued product lines had a negative impact of 0.5% while foreign currency had a negative impact of 3.1%.

Net loss for the third quarter was $11.0 million, or $(0.05) per diluted share, compared to net loss of $2.0 million, or $(0.01) per diluted share, in the prior-year period. Adjusted Net Income was $20.9 million, or $0.10 per diluted share, compared to $26.4 million, or $0.12 per diluted share, in the prior-year period. The decline in Adjusted Net Income was driven primarily by the lower level of operating income.

Gross margin was 49.9% in the third quarter of fiscal 2025. This compares to a gross margin of 51.1% in the same quarter a year ago, with the decrease mainly due to lower revenue and a higher level of integration costs. Excluding integration and restructuring costs, gross margin was 51.5% in the third quarter compared to 51.8% in the prior-year quarter, when normalizing for the reclassification of certain expenses that occurred.

1 of 12

Third-quarter Adjusted EBITDA was $48.5 million, representing an Adjusted EBITDA Margin of 22.0%, compared to $52.7 million and a margin of 23.0% in the prior-year period. The decline in Adjusted EBITDA Margin was driven primarily by the lower revenue in the quarter.

*Food Safety Segment*

Revenues for the Food Safety segment were $152.7 million in the third quarter, a decrease of 3.2% compared to $157.8 million in the prior year, consisting of 1.5% core growth, a negative 0.3% impact from discontinued product lines and a negative foreign currency impact of 4.4%. The core growth was driven largely by a solid performance in the biosecurity and bacterial & general sanitation product categories, which benefited from strong growth in pathogen detection products. In the indicator testing, culture media & other product category, solid growth in food quality products and Petrifilm was partially offset by a decline in sample collection.

*Animal Safety Segment*

Revenues for the Animal Safety segment were $68.2 million in the third quarter, a decrease of 4.0% compared to $71.1 million in the prior year, consisting of a 2.6% core revenue decline, an unfavorable 0.4% foreign currency impact and a negative 1.0% impact from discontinued product lines. Growth was led by the animal care & other and biosecurity product categories, particularly in small-animal supplements, rodent control and cleaner & disinfectant products, and offset by a decline in the vet instruments product category.

On a global basis, the Company's Genomics business experienced a core revenue decline in the mid-single-digit range. Increased sales into bovine markets were offset by declines in other areas, consistent with the focused restructuring activities executed in the second quarter.

**Liquidity and Capital Resources**

As of February 28, 2025, the Company had total cash of $127.7 million and total outstanding non-current debt of $900.0 million, as well as committed borrowing headroom of $150.0 million.

**Fiscal Year 2025 Outlook**

The Company is updating its full-year outlook, primarily due to third-quarter results being lower than expected and the effect of the rising level of macroeconomic uncertainty on the Company's end markets, as well as the expected impact of tariffs in the fourth quarter. Revenue is now expected to be approximately $895 million and Adjusted EBITDA is now expected to be approximately $195 million. The Company now expects capital expenditures to be approximately $100 million, reflecting the lower Adjusted EBITDA and pull-forward of some level of integration capex into fiscal 2025.