# Exhibit 24

# Neogen Corp. *(NEOG)*
Q3 2025 Earnings Call

 Corrected Transcript
09-Apr-2025

the current elevated macro uncertainty has resulted in an end market that's still growing, but we believe at a rate below normal levels.

Our performance in Food Safety has also impacted by the challenges we've discussed with our sample collection product line, which relocated from a former 3M facility to one of our own. It took longer than we had originally anticipated, but the relocated product lines are now producing at the prior levels. From this point forward, our immediate focus is on improving the production efficiency and catching up with our customers' demand. Outside of the specific challenges in sample collection, core revenue in our Food Safety business was up 7% in the quarter.

In our Animal Safety segment, we believe we continue to work through the cyclical trough of the market. Inventory levels in the distribution channel remain broadly stable, [ph] hence the deposit level (00:15:43) sales out of our products. Although it's a relatively small part of the business, we saw notable softness in China amidst the uncertain macro environment there, with many of our distributors being in a wait-and-see mode or in some cases opting for local supply. Outside of the declining Genomics, our Animal Safety core business was down just over 1% on a year-over-year basis.

For our Genomics business in total, third quarter core revenue was down mid-single-digits year-over-year. We believe the actions we took last quarter to focus and restructure this business were the right moves to make. We were focusing the business on our leading differentiated bovine product offering and have either stopped or wind down most of the rest of the business over the coming quarters. Although Genomics in total has been a headwind for the past seven quarters, our bovine business has performed better during this period, including many quarters of growth.

On the integration front, we continued to make progress in the quarter. With sample collection recovering to prior production levels, Petrifilm remains the last outstanding integration work stream. Construction of the new facility is complete, as is the installation of the first two Petrifilm production lines. The shipment of the second production line has landed in Lansing and is in the process of being staged and rigged for installation. And we remain on track for our goal of beginning initial test production in the fall of 2025.

As we've mentioned on our prior earnings call, we're undertaking actions to accelerate the building of a more profitable, focused Neogen. We have made solid progress on this front with one potential portfolio action in the later stages and one that has started in marketing phase. These actions represent a step towards focusing our business on the highly attractive Food Safety end market and are expected to be accretive to margins, with net proceeds being prioritized for debt repayment.

Last week, we completed the refinancing of our Term Loan A, extending the maturity by close to three years and realizing 60 basis points of interest rate savings. Combined with the expected near-term debt repayment, this provides us with balance sheet flexibility as we continue to work to bring down our net leverage. In addition to future EBITDA growth, improving cash flow is a priority to contribute to the reduction of net leverage.

Some of the improvements in free cash flow is expected to come naturally as a result of integration CapEx reducing in fiscal year 2026 and then mostly tapering off in fiscal 2027. We expect to see additional improvement come from the significant opportunity we have to reduce working capital over time. We have seen some progress from our initial actions, but a larger opportunity remains mostly related to our inventory levels.

The evolution of our leadership team has continued with a number of changes recently made. We have a new Head of R&D. We have a new Head of our North America Commercial Organization and a new Commercial Head

**Neogen Corp.** *(NEOG)*
Q3 2025 Earnings Call

 Corrected Transcript
09-Apr-2025

for North American Food Safety in place, as well as a new Chief Human Resources Officer who started this week. We continue to make good progress on the search for a Chief Commercial Officer, and we expect to fill the role in the first quarter of fiscal 2026.

The standing up of our own Petrifilm production is progressing well, but we nonetheless want to ensure that we are de-risking as much as possible. To that end, we have made additions to the operating team to enhance key areas of expertise and also expanded the existing project governance.

As it relates to our outlook for the full year, the current environment is very dynamic. With respect to the macro environment, it is not yet clear what the ultimate impact and duration might be from a rising level of uncertainty. We are updating our full year view based on the information we have today to reflect the third quarter being below our expectations and a fourth quarter that will likely not be as strong as we had previously anticipated, given the softening market backdrop and the uncertain impact of tariffs. We also plan to take further actions to ensure the cost base is more aligned with the current level of revenue and the macro environment, the full impact of which will be reflected in fiscal 2026. The sample collection production delays have improved. We have targeted commercial plans that we expect will return that product line to more normal revenue levels over the coming quarters.

In Genomics, we restructured a portion of the business in the second quarter and we'll continue to focus on a differentiated offering for the more attractive bovine market. We are taking actions to control what we can control to navigate the current situation and to de-risk the final piece of the 3M integration.

Now, I'll turn the call over to Dave for some more insights into our results for the quarter and our outlook.

### David H. Naemura
*Chief Financial Officer, Neogen Corp.*

Thank you, John, and welcome to everyone on the call today. Jumping into the results, our third quarter revenues were $221 million. Core revenue growth, which excludes the impact of foreign currency, acquisitions and discontinued product lines, came in at 20 basis points for the quarter, while foreign currency was a headwind of 310 basis points compared to the prior year.

At the segment level, revenues in our Food Safety segment were $153 million in the quarter, down 3.2% compared to the prior year, with core revenue growth of 1.5% offset by the negative impact of FX. The core growth was led by our biosecurity products and the bacterial and general sanitation product category, which benefited from strong growth in pathogen detection products.

In the indicator testing, culture media and other product category, solid growth in our food quality and Petrifilm product lines was partially offset by decline in sample collection as we continue the process of ramping up the relocated production in our facility. Excluding the headwinds of sample collection, core revenue in the Food Safety segment grew 7%, which we believe reflects a solid underlying business.

Quarterly revenues in the Animal Safety segment were $68 million, which includes a core revenue decline of 2.6% compared to the prior year quarter. Within our animal care and other product category, solid growth was driven primarily by small animal supplements, with an increase in private label business. This growth was offset mainly by lower sales of vet instruments and disposables.

Copyright © 2001-2025 FactSet CallStreet, LLC

 Corrected Transcript
09-Apr-2025

Our global Genomics revenue was down mid-single-digits on a core basis. Core revenue growth in our differentiated bovine business was offset by declines in other areas and consistent with the focused restructuring we executed in Q2 of this year.

From a regional perspective, core revenue growth in the third quarter was mixed. Growth was again led by Latin America, which saw double-digit growth and a strong performance across most key product categories. Asia Pacific core revenue was up mid-single-digits on a year-over-year basis, with solid growth in Petrifilm and pathogen detection, partially offset by decline in sample collection.

Our business in Europe was down mid-single-digits on a core basis, with growth in cleaners and disinfectants and food quality and nutritional analysis offset by declines in Genomics, general sanitation and sample collection as well as Petrifilm, which came down after strong growth in Q2.

In our US and Canada region, which has experienced the largest carryover impact from last year's shipping delays, core revenue was also down mid-single-digits compared to the prior year period. Solid growth in food quality and nutritional analysis was offset by declines in most other Food Safety product categories, including a larger impact in sample collection. In the Animal Safety segment, solid growth in the biosecurity and animal care products categories was offset by declines in Genomics and vet instruments.

Gross margin in the third quarter was 49.9%, representing a decrease of 120 basis points from 51.1% in the same quarter a year ago. Excluding integration and restructuring costs, as well as the reclassification of certain expenses in the prior year period gross margin, Q3 was down 30 basis points year-over -year, primarily due to lower revenues.

Adjusted EBITDA was $49 million in the third quarter, representing a margin of 22%, roughly flat from Q2 on lower revenue. On a year-over-year basis, the decline in adjusted EBITDA margin was driven primarily by the lower revenue level.

Third quarter adjusted net income and adjusted earnings per share were $21 million and $0.10, respectively, compared to $26 million and $0.12 in the prior year quarter, due primarily to the lower adjusted EBITDA and a nominally higher effective tax rate.

We ended the quarter with gross debt of $900 million, 61% of which is at a fixed rate and a total cash position of $128 million. Free cash flow in Q3 was an outflow of approximately $14 million, representing an improvement of $49 million compared to Q3 of fiscal year 2024.

Net working capital was a $10 million source of cash in the quarter, reflecting some progress on our multi-year improvement journey. Capital expenditures in the quarter were elevated, driven in part by some acceleration of spending related to our new Petrifilm plant and production equipment.

As John mentioned earlier, last week, we completed the refinancing of the $550 million remaining on our Term Loan A. We issued a new $450 million Term Loan A with an upsized $250 million revolving facility on which we've drawn $100 million and obviously utilized those funds as part of the payoff of a previous $550 million term loan. Further, this draw on the facility, which allows us to currently maintain the same $150 million of available liquidity should be taken as indicative of a portion of our near-term expectations for the portfolio actions we've discussed. In addition to extending the maturity of our term loan by over two-and-a-half years, we were able to realize 60 basis points of interest rate savings.

Hey, guys. Thank you for taking my question. I kind of want to ask a similar question to Brandon, and I'm now more confused by all the answers that you gave. Maybe I'm missing something. But it seems like you're largely insulated on tariffs, maybe a little bit on China, but otherwise largely insulated, even insulated on policy. Sample production is done. Petrifilm is on track. So, that leaves us with all the guide cuts related to either less than expected growth for, so Food Safety and softer Animal business. Is that the right conclusion?

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. Subbu, I think, you're really close, right? Like, we talked about. So, while we had 7% growth – core growth in the quarter, our expectation was to be better than that. And what happened is we saw the Food Safety market soften a bit at the end of the quarter and like we had just talked about, right? The other thing that we saw was we are in the trough for the Animal Safety. So, the Animal Safety is in the trough. With that, it has not been a growing market.

So, I think you're right on with that is that those are the two things that impacted. This was not – we improved our – we hit the goal we wanted on sample handling with production of reaching the 3M rates. Now, again, we have to exceed that. We're working hard to drive those volumes up, because we have to – being at those rates does not help us knock out the back orders. So, we have to execute in the fourth to continue to grow to – to start chewing into some of the back order piece. But I think the big takeaway was kind of with this uncertainty too is this softening that we see within the baskets of our customers that were coming in really later in the quarter. And while I'm happy with the 7% growth, I wanted better.

**Subbu Nambi**
*Analyst, Guggenheim Securities LLC (Research)*

Q

Okay. I just wanted to make sure that I was understanding it right. Thank you for that. The distributors who were less willing to commit to inventory, were they largely concentrated in the US or was it all over global?

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. So, our distribution is – we use multichannel distribution around the world. So, when we talk about distributors unwilling, it really is thinking about it across the worldwide basis, right? And with uncertainty, especially around tariffs and others, nobody wants to get hung with high tariff inventory or other things. So, we just saw that it was an environment where inventories weren't reduced, but it wasn't an aggressive where anybody was going to really step up and we saw – we didn't see a lot of movement from the distributors. However, normally, at this time of year heading into spring, you expect to see a little bit better uptake on distributor inventories.

**Subbu Nambi**
*Analyst, Guggenheim Securities LLC (Research)*

Q

Okay. Because some of your colleagues have called out pull forward because of all the tariff dynamics, but maybe you didn't see that. My last question is, halfway through the year, we're looking at a ramp for a couple of different catalysts, which would fall in place [ph] for near June (00:45:54) to turn the corner. With one quarter left, what is the mission-critical objective here that will deem the year a success for you guys?

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. I think it's – I don't know if it's one. I mean, we talked about this. We have plans on the specific things we need to do around the business and it's driving to those critical areas, Petrifilm manufacturing, right? We continue to talk about de-risking the Petrifilm manufacturing, the things we're doing around that. We continue to execute on that plan. We are on track to begin test production in the fall of this year, which puts us – gives us two years to move away from our contract manufacturing business. We know we're going to do it significantly faster than that two-year period.

So, being on track with that, sample handling, we have to that was a $25 million headwind for the year. We have to be able to continue to grow the manufacturing output to eat into the back order to allow us to continue to make that a growth driver for the company, and that will tremendously improve the growth rates for the organization as we're going forward.

The other thing is, we contemplated being at a certain revenue level. And with us not being at that certain revenue level, then we are looking at how are we going to make sure that the cost structure fits the new revenue level. And we're being very active and aggressive looking at what is the exit run rate for the quarters to make sure that we're aligning the business from a cost perspective that fits that revenue drive. I know Dave's got a couple of thoughts on this, too.

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

A

Yeah. The one I would add, John, is around portfolio as well. I think we've talked through the year about some advanced efforts there. I would anticipate a certain environment aside, assuming things happens with – as we anticipate being able to come back, and I think that's an important demarcation for the year. Those are the things we're looking to make solid progress on, Subbu.

**Subbu Nambi**
*Analyst, Guggenheim Securities LLC (Research)*

Q

Thank you for that, guys.

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Thank you.

**Operator**: Your next question comes from Thomas DeBourcy with Nephron Research. Your line is now open.

**Thomas DeBourcy**
*Analyst, Nephron Research LLC*

Q

Hi, guys.

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Hey, Tom.

**Thomas DeBourcy**
*Analyst, Nephron Research LLC*

Q