# Exhibit 25



# Targeted Improvement Plan

**Growth Acceleration and Margin Expansion**

<u>Priority Improvement Actions</u>
- **Accelerate Food Safety growth to consistently above-market rates (MSD+ long-term market growth rate)**
  - Drive share gains in North America – return to growth rates of MSD or above
  - Continued international market penetration and outsized emerging market growth opportunities – MSD to HSD growth
- **Complete 3M FSD integration with improved execution**
  - Q3 production ramp of sample collection achieved, shifting focus to cost/productivity
  - Petrifilm plant standup progressing on track, focused on project governance and de-risking
- **Reinvigorate innovation to align with strategic priorities**
  - Focus on fewer, more impactful projects to accelerate strategy in core food safety categories
  - Increase contribution to organic growth through improved product vitality
- **Align cost structure with current environment**
  - Targeted operational improvements to improve gross margin and offset volume impacts
  - Operating expense reductions while continuing to fund strategic priorities
- **Accelerate building the Neogen leadership team for the future**
  - New additions hired in recent quarters include NA commercial, R&D, CHRO
  - CEO transition initiated

**Portfolio & Leverage**

- **Simplify and focus Neogen on most attractive end markets**
  - Cleaners & Disinfectants divestiture signed in Q4, process underway for Genomics
  - Continue strategic review of portfolio and additional potential opportunities for divestiture
- **Reduce net leverage below 3.0x and maintain ample liquidity**
  - Improved FCF through normalizing capex and working capital efficiency
  - Term loan refinanced with upsized revolver, net proceeds from portfolio actions to be used for debt paydown – anticipating ~$100M in Q1 FY '26

**Governance & Compliance**

- **Accelerate governance activities to align with shareholder expectations**
  - Board refresh underway with new director announced, additional replacement director being recruited
  - Evolving LTIP towards more performance-based equity awards with upcoming FY '26 grants
- **Enhance fiduciary environment for current state and future scaling**
  - Professional accounting capabilities improved with addition of Chief Accounting Officer and technical staff
  - SOX remediation activities underway with 2 material weaknesses anticipated to be removed in FY '25 Form 10-K, remainder in FY '26



© 2025 Neogen Corporation. All rights reserved. | 10