# Exhibit 26



Fiscal Year 2024
First-Quarter
Results
October 10, 2023

# Q1 FY24 Summary

- Revenue broadly in line with expectations outside of Asia, with low-single-digit pro forma core growth achieved in rest of world

- Core revenue in combined Food Safety business grew mid-single-digits outside of Asia, including positive volume

  - Legacy Food Safety business performed well, delivering mid-single-digit core growth

  - Former 3M Food Safety core growth of low-single-digits on pro forma basis, transition manufacturing progress sustained

- Distributor destocking in Animal Safety segment continued, channel inventories at multi-year lows

- Adjusted EBITDA Margin expansion of 250 bps

- Solid progress made on integration activities

  - Site preparation for Sample Handling and Pathogen manufacturing nearing completion, hiring/training underway

  - Significant step completed with initial ERP go-live; processing orders and shipments, but with some delay

  - On track to exit transition service agreements in Q3

## Solid integration progress while navigating soft end market conditions

# Summary

- Progressing on track towards Q3 integration milestones

- Q4 improvements in Petrifilm supply continuity at transition manufacturing partner sustained during Q1

- Focused demand-generation actions being executed, supported by more reliable transition supply

- Benefits of combined commercial and development teams continue to build momentum

- Significant milestone achieved with initial ERP implementation, managing through Q2 shipment backlog

- Maintaining full-year view, while navigating the anticipated soft market backdrop in H1

## Well positioned to leverage leading Food Safety market position and drive efficiencies from further integration