# Exhibit 27

## Neogen Corp. *(NEOG)*
Q4 2024 Earnings Call

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Bill. Good morning, everyone, and welcome to the earnings call for the fourth quarter of our 2024 fiscal year. After crossing multiple significant integration milestones in the third quarter, progress continued on multiple fronts in the fourth quarter. We finished relocating the former 3M sample handling product lines in our facility in Lexington, Kentucky, and are now in the process of ramping up to full production levels, which we expect to be at the end of next month. We also saw improvement throughout the fourth quarter in our shipping performance. And this progress has allowed our commercial teams to return their focus to what they do best: demand generation.

Food production volumes remained mostly down on a year-over-year basis as customers continue to be under pressure, but the end market environment was stable in the fourth quarter. With a belief that food inflation, in particular, will continue to ease, food production volumes are generally expected to slowly improve over the course of our 2025 fiscal year. Along with the improving end market backdrop, our commercial teams are leveraging the broadest product portfolio in the industry and our reputation for consultative customer service to drive demand.

Now for our results for the quarter. Total Food Safety core revenue grew in the mid-single-digit range following solid growth in the fourth quarter of fiscal 2023. In Animal Safety, channel inventory levels and end user demand for our product categories remained roughly stable compared to the prior quarter. Our lower quarterly sales in this segment are due primarily to our Genomics business in the US and were otherwise flat on a core basis.

In our Genomics business globally, core revenue was still down on a year-over-year basis. In the first quarter, we began to round trip most of the impact on the strategic shift towards larger production animals, which has primarily impacted the US business. We are focusing our efforts on driving growth in the direct-to-producer beef and dairy business, as well as managing through a mostly flat companion animal market by expanding our direct-to-the-consumer genetic testing offerings.

With respect to product technology, we've seen notable developments recently related to two of our priority growth areas: pathogen detection and Petrifilm. In early June, the USDA's Food Safety Inspection Service (sic) [Food Safety and Inspection Service] (00:04:34) named the Neogen Molecular Detection System, or MDS, as its primary screening method for salmonella and listeria in meat, eggs and poultry. Salmonella and listeria represent the majority of pathogen testing in these food categories, and this selection by the USDA further validates the effectiveness, reliability and the ease of use of our MDS testing platform. We believe we have a significant opportunity for growth in pathogen detection, and plan to leverage the core capabilities of the MDS platform as a key part of our product development initiatives in this area.

The USDA announcement was followed in late June by the launch of our Petrifilm automated reader, which automates the loading of Petrifilm plates. The automated reader is specifically designed for high-volume labs and allows users to automatically feed and enumerate up to 300 Petrifilm plates while integrating with existing lab workflows and systems. This level of automation removes the need for lab technicians to manually load individual plates into the reader, reducing labor and providing more capacity for data analysis.

We expect the growth of this product to take some time to ramp up, but allows us to more effectively target the market opportunity for high-volume testing environments, those labs typically running over 100,000 such tests annually. We believe Petrifilm is a clear market leader in indicator testing and are planning continued investment to maintain its market leadership and unlock additional opportunities.

Copyright © 2001-2024 FactSet CallStreet, LLC

# Neogen Corp. *(NEOG)*
Q4 2024 Earnings Call

 Corrected Transcript
30-Jul-2024

On our last earnings call, we committed to resolve the distribution inefficiencies stemming from our SAP and our new warehouse management system by the end of the first quarter. Although the fourth quarter was impacted by these issues, they have now effectively been resolved and our commercial efforts are squarely focused on winning back the sales that were impacted.

With respect to the integration, there's still work ahead of us, but the vast majority involves the completion and outfitting of our new Petrifilm production facility, which we do not expect will affect the rest of our operations.

Now, I'll turn the call over to Dave for some more insights into our results for the quarter.

## David H. Naemura
*Chief Financial Officer, Neogen Corp.*

Thank you, John, and welcome to everyone on the call today. Jumping into the results, our fourth quarter revenues were $237 million. Core revenue which excludes the impact of foreign currency, acquisitions and discontinued product lines grew 2% for the quarter, while foreign currency was a headwind of 420 basis points compared to the prior year. Although we made significant progress during the quarter, our total revenue was impacted by our lower order fulfillment rates.

Moving to the segment level. Revenues in our Food Safety segment were $167 million in the quarter, a decrease of 1% compared to the prior year, including core growth of over 4%. The core growth was led by the Indicator Testing, Culture Media & Other product category, which benefited from double-digit growth in our Petrifilm product line, as well as solid growth in culture media and food quality and nutritional analysis.

The Bacterial & General Sanitation product category saw growth in pathogens and general sanitation, partially offset by slight decline in microbiology, due primarily to a higher level of equipment sales in the prior-year period. Within the Natural Toxins & Allergens category, modest growth in allergens was offset by a decline in natural toxins, due mainly to reduced product availability.

Quarterly revenues in the Animal Safety segment were $70 million, which includes a core revenue decline of 3% compared to the prior-year quarter. Overall, inventory levels in the channel remained largely stable with our decline in core revenue being driven by a couple of specific product category dynamics. The Vet Instruments & Disposables product line had another quarter of solid core growth.

In the Animal Care & Other product category, core growth was led by higher sales of our vitamin injectables and biologics products. Within our portfolio of biosecurity products, strong growth in insect control was offset by declines in cleaners and disinfectants and rodent control, due primarily to a compare challenge on strong growth in the prior-year quarter and timing of current year shipments.

Worldwide genomics revenue was down mid-single digits on a core basis. Solid growth in beef markets in EMEA and Latin America was offset by the shift away from small production animals in the US. The impact of which we expect to decrease as we exit the first quarter. From a regional perspective, core revenue growth in the fourth quarter was mixed. Growth was led by Latin America, which saw growth well into the double-digits with a strong performance across most key product categories. The growth was driven by progress on backorder fulfillment, some level of distributor restocking, and additional business at key food producers.

Our business in Europe grew low-single-digits on a core basis, with strength in culture media, Petrifilm, general sanitation, and sample handling, partially offset by decline in biosecurity products. Asia Pacific core revenue grew mid-single-digits on a year-over-year basis, with strong growth in Petrifilm and general sanitation offset by

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Dave. The last couple of quarters have seen a tremendous amount of integration progress as we extricated ourselves from the services previously provided by our transition partner. This progress came with the inefficiencies in our distribution center that we discussed and have now resolved. Fiscal 2024 represented the peak of cash outflows for the integration in terms of both capital expenditures and working capital investment.

Outside of the new facility we're building, the 3M Food Safety operations have now been combined with Neogen, and we're able to shift a significant portion of our operational focus towards driving improvements in these combined operations. Commercially, we're excited to see a continued trend of improvement in our end markets and look forward to operating in a much more normal environment in which we're able to bring the combined power of One Neogen to demand generation on an unconstrained basis.

As demonstrated by some of our recent product launches, innovation remains a top priority. We're continuing to invest behind our key technology platforms where we believe we have a meaningful opportunity to drive growth, particularly in regions where we are underrepresented today. Simultaneously, we're exploring a number of new technologies that can improve the quality and ease of food safety testing, and strengthen our leadership position in the industry. While we have a significant amount of work that's behind us, we understand and are committed to executing on the opportunities ahead of us to continue to position the business for long-term growth.

Speaking of work, all of the progress we've made would not have been possible without the dedication and sacrifices made by our team members around the world. I'm proud of what they've achieved to date and want to thank them all again for their continued efforts.

Now, I'll turn things over to the operator to begin the Q&A.

Copyright © 2001-2024 FactSet CallStreet, LLC