# Exhibit 28

**Neogen Corp.** *(NEOG)*
William Blair Growth Stock Conference

Corrected Transcript
04-Jun-2025

# CORPORATE PARTICIPANTS

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

Good morning, everyone. Thank you for joining us here. My name is Brandon Vazquez. I'm the research analyst here at William Blair covering Neogen. I am required to inform you that for a complete list of disclosures, please go to our website at williamblair.com.

Happy to have CFO and COO, Dave Naemura with us from Neogen this morning, who's gonna present. He will go over presentation if we have a couple minutes. Like usual, I'll ask a couple questions here, and then we'll go to a breakout session.

So, I'll turn it over to Dave.

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

That's great. Thanks – thanks, Brandon. Really happy to be here at the conference. I have a few quick slides we'll go through and then happy to take some questions. See if I can get the – there we go. So, there will be some forward-looking statements today. Of course, this is the related disclaimer, nothing you haven't seen before. We think we play – this is our purpose and our vision. And we think we play an important role in food security, which admittedly is a lofty goal. But as the world's largest food safety testing company, we think we're uniquely positioned to help protect the world's food supply.

How we do that? We do that through really two – two segments of our business. Our Food Safety testing segment, which is a series of rapid tests, which is the largest and broadest portfolio in the food safety testing area. And then, Animal Safety, which is we consider kind of food safety beginning at the farm, where we protect both the well-being from a preventative standpoint and a care standpoint of production in animals.

How did we get to the broad food safety testing platform was really through a transformational acquisition that happened almost three years ago. Prior to the acquisition of the 3M Food Safety division, Neogen was a little over $500 million company, of which about 38% of the business was Food Safety testing, but had a significant portion



focused on Animal Safety and then a Genomics business as well, focused on both production animals and companion animals. The 3M Food Safety testing business is 100% Food Safety testing that was below just under a $400 million business when acquired. And collectively, it has reshaped the portfolio now where Food Safety testing is almost two-thirds or call it 65% of the overall portfolio.

This is a high-level look at our portfolio. The columns – the first three columns on the left are our primary food safety testing categories. The first column, indicator testing and culture media, this includes Petrifilm. Petrifilm is the gold standard and indicator, a convenient method indicator testing, and we also have sample collection devices to help preserve and collect samples for testing as well as culture media to help incubate samples.

Bacterial and general sanitation is the detection, biological detection of the presence of pathogens, as well as the detection of swabs and things for the detection of cleanliness in a food production environment. And then, allergens and natural toxins is really the foundation of Neogen and the legacy Food Safety testing business, rapid tests for presence of allergens and toxins within grains and foods.

Animal Safety products are really focused again on the prevention of disease in production animals as well as care for both, for – principally for cattle and other production protein categories. And then, our Genomics business, we have a large, probably the largest – we have a very nice position in cattle genomics where we can help optimize herds, and we also play in companion genomics, which helps with the preventative care for our pets.

I won't go too much into this. You've probably seen this slide before, but we are – we serve large markets, but the full round bar represents the TAMs, and the smaller light green represents the SAM that we participate in. But we generally have market exposures that historically have grown in the mid-single digit plus type range, and they are driven by a number of attractive drivers. At the end of the day [audio gap] (00:03:54) food is increasing. Emerging market – emerging market middle class is growing faster than the overall population. We're seeing more and more outbreaks in foods. We're seeing higher number of allergens and people's sensitivity to allergies. And, overall, we think these are great secular drivers for the food safety – for the food safety market.

I won't go into our – I won't go into the right side too much right now. But I'll talk more about our transformational journey. Following the acquisition of the 3M business, we went from being a small company to maybe almost double the size company. It's been a significant transformation for this company, and we're well along that journey. We're approaching three years and a quarter. We'll be at three years since the acquisition of the 3M business and that we're estimating another kind of year – year and a half from now probably until we're fully integrated with the 3M businesses. It's been for sure more challenging than we would have anticipated. We're down to a key workstream, which is the integration of Petrifilm manufacturing, and six of the – six of the seven workstreams are now completed. We'll talk more about that in a moment.

But ultimately, we will have reshaped the portfolio to have this – have the bar on the right that I showed you about the two combined businesses. And then, as we've announced the divestiture, also a few of our Animal Safety businesses, so we announced the signing of the sale of our Cleaners & Disinfectants business, which is one of the four product components within our Animal Safety business, and then, we're actively marketing the second piece of our Animal Safety space, which is really the Genomics platform.

As things have been a little rougher, we're very focused on improving execution and frankly, driving better results. We've put out, and you may have seen or I'll show it here later, a series of execution focus areas that the company's working on kind of nine key – nine key areas that or what we anticipate being the focus areas that we'll talk a lot about over the next kind of year or two.

Copyright © 2001-2025 FactSet CallStreet, LLC

**Neogen Corp.** *(NEOG)*
William Blair Growth Stock Conference

**C** Corrected Transcript
04-Jun-2025

So, a quick update on where things are at. I don't know if you – for those of you that don't know, we're on May fiscal year-end, so last Saturday. So, this is usually – we hit this conference with some numbers that are pretty fresh, and we're not in a position to talk about where we finished, but we try to do our best to give some directional guidance. So, we think that our Q4 revenues for the quarter just ended will materially approximate where we had put our guide. We have a lot of work to do to kind of finish closing the books and that kind of thing. It takes us more than two business days, but the early results would say we're in the zone, so to speak. We are seeing some transitory headwinds that will negatively impact gross margin, but they are – that'll flow through EBITDA margin. We would expect EBITDA margin to probably be around the high teens once we get things fully closed and ready to report.

The market conditions that we talked about in Q3, we talked about seeing softening both from macroeconomic headwinds, particularly in the US to some uncertainty international – internationally related to global trade. We definitely saw those persist through the fourth quarter. Sample collection, which is – was a difficult integration workstream for us, bringing in that manufacturing from 3M had been rough. We exited Q3 with improved production rates as planned, and we saw that continue through Q4.

Very focused on taking care of our customers here, and we saw, I don't know, probably, again, it's not all done yet, but we saw a significant uptick in revenue in Q4 from what we did in Q3. So, we saw those efforts kind of hold, which was very good. And as I said, we're announcing that the second divestiture that we're working on is our Genomics business. We had talked about having a second divestiture in the marketing phase, but had not talked about specifically what business that is. And we can now say it's the Genomics business.

And also, you saw maybe in an 8-K a few weeks back, we've done reasonable amount of work to identify what would be the net impact of tariffs as they sit right now and on a – after mitigating efforts and some agricultural exemptions and a little bit of pricing, looking at what we have in inventory and redirecting supply chain, we think that there's a reasonably nominal impact to us for full year next year, again, based on – based on the tariff rates that are in place today, we stood at about $5 million annually.

I talked about the areas we're focusing on for improvement, these are them. I won't go through all these. But they're kind of categorized into three buckets; growth, acceleration, and margin expansion. We participate in what has traditionally been very kind of stable growth, mid-to-high single digit growth end markets. The markets are under a little bit of pressure today because of some of the external headwinds, but we would anticipate that we will return to kind of some of the growth rates that we've enjoyed historically.

And it's our job to make sure we have products manufactured and delivered on time to do that. And particularly in the US, we have opportunities to go kind of reassert ourselves in the markets that we serve and the customers that we serve. And we have to complete the 3M integration. So, we have the Petrifilm manufacturing line to complete. That is a standup of a new plant. It's not a cutover or bringing in a facility. It's – it is phasing up production while we phase down supply that we put on our manufacturing partner 3M and that'll continue to happen over the next kind of year and a half timeframe.

We've had a number of changes to the leadership team. We think we're now coming closer to having the kind of the team that will scale into the future. So, we continue to have some efforts ongoing there. We've made very good progress in recent quarters. We talked about simplifying and focusing the portfolio through a couple named divestitures, and those proceeds from those divestitures will be used to help delever from the debt that we took on as part of the 3M acquisition.

Copyright © 2001-2025 FactSet CallStreet, LLC

 

And finally, from a governance and compliance standpoint, as we operate as a larger company, both governance activities being focused on by the board as well as just kind of becoming a larger company and having the associated processes are focus areas for us as we move into the future.

So, we won't go through the standard investment highlights here other than to say we serve really attractive end markets, and we like being the large player servicing in attractive niche market. We have a great portfolio of products, 95% about of which are consumable in nature. And we think we have a market position and a global footprint that allows us to take advantage of our leadership position. We have to do a few things better, and we're focused on those, as you can see from the action plan of what we have a number of actions underway to help us kind of enjoy the benefits of the market we participate in.

So, with that, happy to go to some questions.

# QUESTION AND ANSWER SECTION

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

Q

Thanks, Dave. Maybe in this – in our broader group here, and we'll – the breakout will go into more specifics. But let's start with some of the Q4 updates that you just provided. Let's start on margins, right? What can you tell us about these transitory headwinds? What is it and what's transitory about them? Part of the question is trying to understand, is this a one quarter transitory impact or is it multi-quarter as people are trying to sharpen their pencils or on their models on fiscal 2026, how do we think about that going forward?

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*


A

Yeah. And too tough to quantify exactly right now, I would say. But as we came out of fiscal 2024, we had gone through a period of kind of supply constraint, and we've kind of remedied that. And over the course of fiscal 2025 have loaded inventory into our new larger global footprint. I think what we're seeing is the underlying processes to get the right inventory in the right place need to be improved, and we're working on that. But the result has been an elevated level of inventory write-offs that we've seen beginning in Q3 and then actually being a little larger in Q4. We've gotten to the root cause of it, and we'll get that fixed. So, we should see that abate over the coming quarters.

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

Q

So, and if I'm understanding correctly, there isn't an underlying fundamental gross margin issue. It's more – it's an accounting writing inventory off. And so, you should be able to kind of return, I guess, at this point, it's too early to say at what timeframe you can return to more normalized margins. Is it – if I can push, is it a one quarter or is it several quarters?

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*


A

I think it's a couple quarters.

Copyright © 2001-2025 FactSet CallStreet, LLC