# Exhibit 29

# Neogen Corp. *(NEOG)*
Q4 2025 Earnings Call

 Corrected Transcript
29-Jul-2025

suggest that Petrifilm gross margins in our facility, once fully running, will be slightly better than what we see today on sales of these products made by our transition manufacturing partner.

Petrifilm is clearly an important product line for the company. We made additions to the team and implemented an enhanced governance process to ensure the remainder of the integration is de-risked as much as possible through the eventual gradual transition of production from our transition manufacturing partner to our own facility.

We saw improved output of sample collection production during the quarter, which enabled a sequential revenue improvement of around 50% in the overall product category, although remained lower than prior-year levels. The challenge with achieving these higher rates is that we were very inefficient in doing so. The production equipment is of an advanced age, and we continue to struggle with sustaining consistent uptime of the automated processes, which is causing us to produce a significant amount of products manually.

Our experience so far in the first quarter has continued to be inconsistent. We are, however, seeing reductions in back-orders and hopefully a more normalized production rate, combined with our engineering efforts, will allow productivity to improve in the coming quarters.

Given the softer market backdrop, we are squarely focused on controlling what we can in order to put the company in the best position to capitalize as conditions improve. To that end, you may have seen the targeted improvement plan we released last month. This is effectively the near-term blueprint in place for managing through the current transition period for Neogen.

As we mentioned on our prior earnings call, we are undertaking actions to accelerate the building of a more profitable, focused Neogen. We believe that rigorously managing these discrete items with a focus on improved execution will maximize the company's ability to take full advantage of its position in attractive end markets.

I'll now turn the call over to Dave for some more insights into our results for the quarter and our outlook for the year.

## David H. Naemura
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

Thank you, John, and welcome to everyone on the call today. Jumping into the results, our fourth quarter revenues were $225 million. Core revenue, which excludes the impact of foreign currency, acquisitions and discontinued product lines, was down 290 basis points for the quarter, while foreign currency and discontinued products were a headwind of 190 basis points, compared to the prior year.

At the segment level, revenues in our Food Safety segment were $162 million in the quarter, down 3% compared to the prior year, including a core revenue decline of 1.3%. We saw growth in Biosecurity products, as well as in the Bacterial & General Sanitation product category, which benefited from strong growth in pathogen detection products.

In the Indicator Testing, Culture Media & Other product category, solid new product growth in our food quality product line was offset by the decline in sample collection, as well as a decline in Petrifilm, that was mostly compare-driven. Outside of the sample collection issues, Food Safety core revenue was up low single digits in Q4 and mid-single digits for the full fiscal year.

Quarterly revenues in the Animal Safety segment were $64 million, which includes a core revenue decline of 6.7% compared to the prior-year quarter. Solid growth in our small animal supplements and rodenticides product

# Neogen Corp. *(NEOG)*
Q4 2025 Earnings Call

**C** Corrected Transcript

29-Jul-2025

lines was offset by declines in the rest of our major products. As we discussed, we believe this end market has been in or around a trough for several quarters now.

Excluding Genomics, the Animal Safety segment has had core revenue growth at a compound annual rate of 3.5% over the last four fiscal years. This is below the typical through-the-cycle growth rate, but about what we would expect, with three of those four years representing periods of weakening market conditions. Genomics core revenue declined low single digits in Q4, reflecting a sequential improvement and benefits from refocusing the business on more attractive end-market opportunities.

From a regional perspective, core revenue growth in the fourth quarter was mixed. Growth was led by our Europe region, up mid-single digits, with strong sales of pathogen and food quality products, as well as Petrifilm, partially offset by a decline in sample collection. Asia-Pacific core revenue was down mid-single digits on a year over year basis, with solid growth in pathogen detection, offset by declines in most other major product categories, with some impact from the global trade uncertainty we've experienced, particularly in China.

After several quarters of strong growth, our Latin America region was down mid-single digits on a core basis with growth in Culture Media and general microbiology products offset by declines in General Sanitation, Testing, Sample Collection and Petrifilm, which faced a very difficult compare against the prior-year quarter.

In our US and Canada region, Food Safety core revenue improved sequentially to low single-digit growth. Solid growth in our food quality, allergen and pathogen product categories was partially offset by declines in most other major food safety product categories, as well as declines in the Animal Safety segment.

Gross margin in the fourth quarter was 41.2%, which was primarily impacted by lower volume, elevated inventory write-offs, sample collection production inefficiencies, and some tariff impact. Given the focus on improving our internal processes around inventory planning, we believe the fourth quarter should be the peak of these costs, and that we will see a benefit from these improvements in fiscal 2026.

For sample collection, we've discussed that as part of the integration of the 3M business, we relocated this production to a Neogen facility and have been operating with a very high level of inefficiency. We noted that revenue in Q4, although still down year-over-year, represented a significant sequential improvement from Q3, but was achieved with significant inefficiencies.

The elevated level of manual work is causing us to incur cost for expensive temporary labor and excessive scrap rates. We have multiple work streams underway in parallel to address this challenge, including reviewing potential opportunities to involve global manufacturing partners for certain areas of the product line. We continue to have periods of improvement, followed by setbacks and clear line of sight to consistent performance that higher output levels will likely be a gradual progression over the coming quarters.

Adjusted EBITDA was $41 million in the quarter, representing a margin of 18%. In addition to lower volume, the adjusted EBITDA margin was negatively impacted by the previously covered inventory write-offs, tariffs and sample collection inefficiencies, a portion of which were not considered startup costs, but rather run rate inefficiencies. The elevated inventory write-offs negatively impacted adjusted EBITDA margin by a few hundred basis points compared to what we had anticipated.

The tariff impact was driven by some purchases that were enroute, particularly from China, prior to the current pause going into effect, and subject to the higher rates. And there was also some time lag in the implementation of our offsetting actions.

Copyright © 2001-2025 FactSet CallStreet, LLC

## Neogen Corp. *(NEOG)*
Q4 2025 Earnings Call

**Corrected Transcript**
29-Jul-2025

Fourth quarter adjusted net income and adjusted earnings per share were $11 million and $0.05 respectively, compared to $22 million and $0.10 in the prior-year quarter, due primarily to the lower adjusted EBITDA, which more than offset the lower interest expense and effective tax rate.

During the fourth quarter, in connection with our annual goodwill valuation assessment, we further impaired the carrying value of goodwill primarily associated with the 3M Food Safety division acquisition. As we have seen end-market conditions weaken and some impacts on the global trade environment, as well as inconsistent execution in our startup of sample collection production, we determined that a further impairment under US GAAP was warranted, and recorded an additional $598 million non-cash charge.

Moving to the balance sheet, we ended the quarter with gross debt of $900 million, 61% of which is at a fixed rate and a total cash position of $129 million. Just under two weeks ago, we completed the divestiture of our Cleaners & Disinfectants business, which resulted in approximately $115 million in net proceeds that will be used to pay down $100 million of debt in Q1. On a pro forma basis, this would reduce our net leverage by approximately 0.4 turns.

Free cash flow in Q4 was roughly breakeven, representing an improvement of $14 million compared to Q3, but lower than we had anticipated due to lower EBITDA, some pull-forward of CapEx from fiscal 2026, and the timing of certain international cash taxes.

Total capital expenditures declined to $16 million in Q4, a trend we expect to continue with substantially lower CapEx in fiscal 2026 compared to fiscal 2025.

Moving to our outlook, we are not assuming the current end-market conditions will improve meaningfully over the course of the fiscal year. The cumulative effect on the consumer from the protracted period of elevated inflation and the related pressure on overall food production are conditions we currently expect to continue through fiscal year 2026. Until we see signs that the Animal Safety market is beginning to meaningfully improve, our expectation is that we will continue to work through the trough of the cycle.

In addition to the underlying market weakness, we see indications that the uncertain global trade environment is having some effect on food producers' import-export planning, as well as distributors' purchase decisions. Taking these factors into account, our current expectation is for revenue to be between $820 million and $840 million, which excludes 10.5 months of annualized revenue from our Cleaners & Disinfectants business, which was in the low $60 million in fiscal 2025.

Our current view is that revenue in the second half of fiscal 2026 will be higher than in the first half, due in part to the normal seasonality of the business.

Regarding adjusted EBITDA, our current expectation is a range of $165 million to $175 million, which similarly excludes 10.5 months of an annualized EBITDA impact of approximately $11 million from Cleaners & Disinfectants. Compared to fiscal 2025, we are planning for gross margin in fiscal 2026 to include a tailwind from lower inventory write-offs and headwinds from sample collection and tariffs, which will flow through to impact adjusted EBITDA.

Our work to reduce these headwinds continues, but we believe it is prudent to reflect them in our outlook. Accordingly, we would anticipate higher adjusted EBITDA margins in the second half of the year as we make improvements in these areas and also benefit from the higher expected second half revenue from normal