# Exhibit 30

## Neogen Corp. *(NEOG)*
Q1 2026 Earnings Call

 Corrected Transcript
09-Oct-2025

I'd like to extend a special welcome to Mike on his first earnings call at Neogen. I will now turn things over to him.

### Mikhael Nassif
*President, Chief Executive Officer & Director, Neogen Corp.*

Thank you, Bill. Good morning, everyone, and thank you for joining the call today. When I was approached about the opportunity to lead Neogen a few months ago, I was drawn by a strong reputation as a leader in both food and animal safety. Few companies have the chance to shape a safer, healthier world through innovations like Petrifilm and comprehensive environmental monitoring. However, I also found a company not yet reaching its full operational and financial potential. I saw an opportunity to make a transformative impact and position Neogen for sustained success. Having led the turnaround of the Point of Care Diagnostics business at Siemens Healthineers over three years, I drove step changes in performance, and I'm confident that experience equips me to deliver similar results at Neogen.

In my first nine weeks, I prioritized engaging with our talented team, customers, partners and shareholders. Neogen's employees are deeply passionate, and our loyal customer base is equally committed to our mission. We're a leader with unique scale, product depth and global capabilities in a highly attractive market, but execution challenges are holding us back. Moreover, I do not believe a major strategic overhaul is needed. Rather, we can unlock significant growth through disciplined focus, prioritization and scaling of effective processes.

Part of my comprehensive review of the business includes re-examining our strategic initiatives and aligning them with our targeted improvement plan to drive sustainable growth. In the short term, we are focusing on the critical priorities of driving top line growth, rightsizing our cost base, reinvigorating innovation and deleveraging. To rightsize our cost base, we're acting urgently to streamline our organizational structure, boost agility, and scale key processes like sales and operations planning or S&OP.

At the end of September, we took actions to reduce operating expenses by approximately $20 million on annualized basis through a global head count reduction of approximately 10% of existing and planned positions, as well as non-labor cost reductions. These savings include some level of targeted reinvestment we plan to direct towards enhancing our commercial and R&D capabilities, and we do not believe the cost actions will have a negative effect on demand generation. This was not a decision that was taken lightly, but the costs added by the company over the last few years to scale up capabilities and absorb the 3M transaction contemplated higher levels of revenue. This action better aligned the costs with the current revenue of the business.

For top line growth, we're empowering our commercial teams to execute with precision, targeting higher-growth markets, particularly accelerating growth in the United States. We are optimizing our portfolio for market share gains and profitability, including targeted price increases where we are underindexed.

Additionally, we will evaluate adding commercial head count in select markets to capture incremental growth opportunities. The addition of a Chief Commercial Officer, a role we're currently recruiting for, will provide dedicated global commercial leadership as we work to put the company on trajectory of improving growth.

To reinvigorate innovation, we will strengthen our R&D pipeline in core Food Safety and Animal Health categories, prioritizing fewer high-impact projects, investing in top talent, and enhancing our innovation processes.

## Neogen Corp. *(NEOG)*
Q1 2026 Earnings Call

 Corrected Transcript
09-Oct-2025

We are also tackling critical projects with urgency, advancing Petrifilm production integration, addressing sample collection inefficiencies through productivity enhancements, and optimizing inventory management with a robust S&OP process to reduce write-offs and streamline our supply chain.

With respect to Petrifilm specifically, we recently began initial product testing with the intent of demonstrating at the different steps of production we're able to execute processes within the required parameters. The early results have been promising, and we expect the production testing process to be completed within the next couple of months before we begin transitioning individual SKUs to align for full validation. I've spent a significant amount of time meeting with the team driving this project, and feel comfortable that a solid plan is in place and we are managing it very closely.

In addition, we are anticipating potential challenges and working in tandem with a primary machine builder who has kept a team on site to assist. We have also had a number of our employees spend extended time in Poland over the last year, observing our Petrifilm production there, and refining the understanding of the manufacturing through detailed process documentation.

We have multiple employees with legacy Petrifilm expertise, including the key manufacturing engineers who set up Petrifilm production in Poland, know the process inside-out, and joined Neogen at the time of the 3M transaction. We believe we have a significant amount of knowledge in-house as it relates to both the art and science of Petrifilm manufacturing and are currently tracking to the timeline laid out in April, which has us completing the transfer of Petrifilm production during the second quarter of the next fiscal year. Furthermore, we intend to have production available at our manufacturing partner during the transfer of process to ensure continuity of supply and a smooth transition.

The goal of a focused approach to these priorities and critical projects is to drive EBITDA growth and free cash flow generation, which ultimately results in deleveraging the business. With the rightsizing of the cost base, we anticipate the enhanced commercial and innovation focus will drive future revenue growth that comes through at attractive incremental margins, particularly with respect to Petrifilm.

One of the contributing factors to the recent elevated inventory write-off is simply the fact that we're carrying too much inventory, tying up an unnecessarily large amount of cash. The aim of the work underway to optimize our S&OP process is to release a significant amount of excess inventory over time, further bolstering cash generation.

Finally, the integration of sample collection product line has been a meaningful drag on cash over the last several quarters. We are acting with urgency on this issue and expect to see improvement over the balance of the fiscal year.

Turning to some brief comments on our Q1 results specifically, Neogen delivered revenue approximately $209 million, up 0.3% year-over-year on a core basis, which was in line with our expectations. In Food Safety, key product lines in which we've been investing, like food quality and pathogens, showed solid growth in the quarter. Petrifilm, which has had a core revenue CAGR in the mid-single digit range over the last few years, had a mid-single digit decline in the first quarter.

We do not believe this decline reflects an underlying change in the demand for Petrifilm, but rather a couple of changes with our distributor base that we believe are temporary in nature. We made a distributor change in Asia and saw what seems to be the normalization of buying patterns at a large distributor in the US. We have decent visibility into sales out of Petrifilm from the distribution channel in the US and those numbers continuing to indicate solid growth in the quarter.

Copyright © 2001-2025 FactSet CallStreet, LLC

# Neogen Corp. *(NEOG)*
Q1 2026 Earnings Call

 Corrected Transcript
09-Oct-2025

growth in Animal Safety. Growth in pathogen detection, sample collection, food quality and general sanitation products was offset by a decline in Petrifilm in the US, which, as I noted before, mostly attribute to some inventory rebalancing in the distribution channel.

We declined mid-single digits in EMEA and high-single digits in our APAC region. EMEA saw growth in most major food safety product categories outside the sample collection, which was offset by declines in Genomics and Cleaners & Disinfectants during the period when we still own that business. The APAC region was a mixed story by country, with better than anticipated performance in Japan and Korea, more than offset by headwinds in China and the ASEAN countries, where we have seen a greater impact from shifting supply chains in response to global trade policies as well as the switch of a large distributor.

Gross margin in the first quarter was 45.4%, a sequential improvement from the fourth quarter of fiscal 2025, which was significantly impacted by inventory write-offs. Although the inventory impact in Q1 improved sequentially, we continue to see an elevated level of sample collection production inefficiencies.

Last quarter, we noted our focus on certain core process improvements and driving efficiency in the sample collection product line. These are multi-quarter activities that we made progress on during Q1, which should continue to improve as we progress through the year.

Finally, we also saw tariff impacts in the quarter as the higher tariff rates in Q4 flowed out of inventory, impacting gross margin in Q1.

Adjusted EBITDA was $35.5 million in the quarter, representing a margin of 17%. In addition to lower volume, the adjusted EBITDA margin was negatively impacted by the previously noted gross margin headwinds as well as higher operating expenses. As Mike noted, we have executed on a reduction in force to better align spending with the current operating environment, which will provide run rate benefit beginning in October through the remainder of the fiscal year.

First quarter adjusted net income and adjusted earnings per share were $9 million and $0.04, respectively, compared to $14 million and $0.07 in the prior year quarter, due primarily to the lower adjusted EBITDA, which more than offset the lower interest expense.

Moving to the balance sheet, we ended the quarter with gross debt of $800 million, 68% of which is at a fixed rate and a total cash position of $139 million. During Q1, we completed the divestiture of our Cleaners & Disinfectants business, which resulted in approximately $115 million in net proceeds that was used to pay down $100 million in debt in Q1, representing annualized interest savings of roughly $6 million at current rates.

Free cash flow in Q1 was an outflow of $13 million, representing an improvement of $43 million compared to the prior year Q1 and included $24 million of CapEx, the high point for the year as we continue to work through our plant-related integration expenditures.

In addition to lower CapEx compared to the prior year, free cash flow benefited from improved trade working capital efficiency, which contributed an inflow of about $30 million, a 300-basis-point reduction in working capital as a percentage of last 12 months sales compared to the prior year Q1.

As Mike noted, we are reaffirming our full year guide for fiscal 2026. The first quarter came in about as anticipated, with margin improvement expected in the balance of the year as we work to improve in certain areas, namely sample collection, productivity and inventory write-down performance. The first quarter is typically our

Copyright © 2001-2025 FactSet CallStreet, LLC

**Neogen Corp.** *(NEOG)*
Q1 2026 Earnings Call

Corrected Transcript
09-Oct-2025

seasonally lowest revenue quarter, and this year's first quarter included approximately $6 million of revenue from the divested Cleaners & Disinfectants business.

Based on historical seasonality, we would expect the second quarter to see a modest sequential step-up from the baseline revenue in the first quarter. The actions that we have taken on cost, a portion of which were contemplated in our original guidance, will help us protect EBITDA and cash flow as the remainder of the year continues to develop.

Elaborating briefly on the actions that Mike referred to, we implemented a reduction in force that impacted about 10% of head count planned for the year. These actions, net of some level of reinvestment in a few targeted growth priorities, are anticipated to have an annualized impact of about $20 million, from which we expect to see a benefit of about $12 million this fiscal year, more than half of which was contemplated in our initial guide for the year.

As we noted last quarter, the guide for fiscal 2026 includes our Genomics business, which, as you know, we are involved in the process itself. We are not providing details on that process, but we will share that it continues to progress well. At the time there is a sale of that business, we will adjust our guidance accordingly for the remaining post-sale portion of the year.

I'll now hand the call back to Mike for some final thoughts.

### Mikhael Nassif
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Dave. I believe that Neogen is a great company with a leading product portfolio of consumables in the attractive food safety end market that should benefit from long-term tailwinds and a broad portfolio of animal safety products that provide value to farm and ranch operators.

With respect to food safety, there is still significant opportunity to improve the quality of food safety testing programs within the overall industry. Despite an increase in the level of testing over the past 20-plus years, the CDC estimates there has not been a significant reduction in the number of infections from food-borne pathogens. Last year, the FDA estimated that the US and Canada had a record 300 food safety incidents with a cost of $2 billion in direct expense alone. And just last week, we had a reminder of why our mission matters with another high-profile incident of Listeria contamination.

These issues have contributed to a recent drop in consumer confidence in food safety in the US to a 13-year low. The fact that our Food Safety core revenue has grown only modestly over the last few years and even declined in some quarters means that we have not maintained our market share in certain product lines. This appears to primarily be the result of execution challenges related to the 3M integration and some resulting inconsistencies in supply.

When I've spoken directly with customers and also heard objective feedback from them indirectly, the majority still seem to have a favorable view of our company and our products. This has been encouraging to hear, not only because it speaks to the longstanding reputation of Neogen, but also because it means to me that we have the opportunity to gain back market share with improved execution.

I expect that relentless focus on the priorities was laid out, including successfully executing on our critical projects, will propel Neogen to a more predictable and consistent execution and higher levels of service and delivery. I'm confident we can deliver world-leading innovation for our customers, significantly improve financial performance,

**Neogen Corp.** *(NEOG)*
Q1 2026 Earnings Call

Okay, great. Yeah. And then just one quick follow-up for Dave. I think midpoint of EBITDA guidance is about 20.5% EBITDA margins or so. But obviously, we've talked about inventory write-offs and sample handling issues short-term and things like that. If we were to kind of back it out and those impacts are short-term impacts, can you give us a ballpark of what the kind of core margin operating level might be this year? I know it's not exactly precise. And then the opportunities for margin kind of recovery over the next few years.

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

Yeah. Look, I don't want to sharpen the pencil too sharp here, Bob. But I mean, clearly, we had easily a few hundred basis points of headwinds from these items in the first quarter, which tends to be a little bit light, particularly from a volume perspective.

So as we're able to make improvements and see volumes improve in the second half and frankly, the benefits of the cost structure flow-through, that's going to help a lot. If it's a $20 million annualized OpEx savings, that's obviously $5 million a quarter. So, starting to see that impact partially in Q2 and seeing the read-through in Q3 and Q4 is another helpful item relative to the current run rate.

But look, we've got to execute some of these core process improvement things that we're working on in both inventory and sample collection. I'd say, they're both very much kind of a little bit of a back-to-basics and fundamentals approach, but those should see improvement as the year progresses from some of those headwinds we experienced in the first.

**Robert James Labick**
*Analyst, CJS Securities, Inc.*

Q

Okay, great. Thank you.

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

Thanks, Bob.

**Operator**: Thank you. And your next your next question comes from the line of David Westenberg with Piper Sandler. Please go ahead.

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

All right. Thanks for taking the question. Welcome, Mike. Dave, been great. I'll start actually with Dave. Since you're transitioning, I'll give you a little tougher one.

Can you talk about that $6 million in sample collection cost? What exactly is that? And I mean, we did see it in non-GAAP. Does that imply that this won't be going on maybe into the next quarter? And then can you just kind of remind us what this is? I mean, I know we've had some spoilage. Is this kind of just purely spoilage or just help us out with what exactly is going on there because sample collection is an important part of [indiscernible] (00:40:01) business? Thanks.

**David H. Naemura**
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

**Neogen Corp.** *(NEOG)*
Q1 2026 Earnings Call

Corrected Transcript
09-Oct-2025

Yeah. Look, we, for the first year or so, standing up sample collection, considered part of the startup costs that we have pretty good disclosure around. But what it is, is scrap and kind of quality play, which results in finished goods scrap as well as excess production costs, which implies that, in total, yeah, we're selling the product at a loss currently.

So, as we talk sample collection improvement, what we're talking about, David, is first and foremost, getting our labor cost down, reducing scrap. And there's a pricing component here as well, where we've had to make some concessions, because the customers that buy sample collection buy other products as well that are very important.

So, it's a multifaceted approach to getting back to where we needed to be. The first thing that's going to help a lot is getting our back orders under control. And when we look at what our back orders were six and even three months ago, we've made significant improvement to that. And basically, we've got it down to kind of almost a normal level.

Well, as we do that, we're able to takeout high-priced temp labor. So we're reducing the overall labor. We're reducing the cost of labor. But it's also high turnover. And high turnover is one of the contributing factors to scrap and machine uptime because operator consistency on machine matters a lot.

So there's a reasonable kind of number of aspects to this to get back in kind of the positive here, which we hope to be. And we have a plan that says we can do as we kind of come through the second and into the third. So, we've got performance to demonstrate, but we need to see that here in the sequential quarters. So a good question. Thank you.

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

Got you. Yeah. Thank you very much. And actually, maybe Mike, sorry, I'm going to ask you a hard one, I guess. You're CEO so you kind of deserve it, right? So stabilized...

**Mikhael Nassif**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Bring it on. Bring them in. Bring it on.

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

Thanks. Just going with this head count reduction, but then also kind of like working on this lack of turnover, how are you thinking about head count, getting the right employees and stable employees here in face of stabilizing your head count or rightsizing the business? And I'll stop after this one. Thanks so much.

**Mikhael Nassif**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. Yeah, certainly, any time we're having a conversation about colleagues and friends, it's a very tough one. So, it's not a decision we take lightly at all. But there are certain times in a business where you have to look at that. And I am not a believer of a onetime correction. I think that, as a business, you constantly need to re-look at how you are operating and make sure that you're allocating your limited resources to maximize your overall growth all the time.

Coming in two months, I've had a chance to sit down with the team and really look at the broad portfolio of Food Safety and Animal Safety in our plans. And I have to say that I'm very aligned with the approach that we're taking.

I think I agree with the rationale. I want to thank the team that's worked really hard on C&D and other things that we are planning to do because there's been a lot of work on top of sort of the day-to-day.

As for the remaining portfolio, our focus is how do we optimize the remaining product lines and position ourselves for return to predictable, profitable growth. I think we have a very strong, healthy Animal Safety portfolio. We have even a stronger Food Safety that we need to continue to drive and execute on. And so, as we position ourselves for growth, improving our processes, improving our focus, and we anticipate improving end markets in the coming quarters and years, we'll start to see that accelerate.

But, Dave, I don't know if you want add a few comments.

### David H. Naemura
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

Well, look, I think that's great. And Tom, if we went back a year and a half or so when we started talking about portfolio, we talked about looking at end market exposures, the growth profile and the financial profile of some of the product lines, and that was kind of our filtering process that we followed.

I think we've been effective here, but it'll always be an ongoing thing, right, that we'll continue to look at the current market environments, but I think we like where we're at and I think Mike said it right, right? I mean, I think we've got a really good portfolio. But of course, we're always in kind of portfolio review mode. But I think we did what we said we'd do a few years ago and we'll see what the coming years hold. But I think we like where we're at.

### Thomas DeBourcy
*Analyst, Nephron Research LLC*

Q

Thank you.

### David H. Naemura
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

Thanks for your question.

**Operator**: And we have a follow-up question coming from the line of Subbu Nambi with Guggenheim. Please go ahead.

### Subbu Nambi
*Analyst, Guggenheim Securities LLC (Research)*

Q

Hey, guys. Just a follow-up and clarification, and maybe this is operating differently. But you say you've reduced your back orders over the last few months, yet you have excess spoiling inventory. Could you give us more color as maybe it is completely different product lines, but just what are these inefficiencies to call out and how can execution fix it?

### David H. Naemura
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

Copyright © 2001-2025 FactSet CallStreet, LLC

# Neogen Corp. *(NEOG)*
Q1 2026 Earnings Call

 Corrected Transcript
09-Oct-2025

So, Subbu, the back order comment was specific to sample collection, where we had an elevated level of back orders because we had kind of a pause last year in our ability to get production ramped in a timely manner.

I think when we talked about kind of excess spoilage in inventory, that really has more to do with getting the right products, frankly, that have shelf life to the right places in the right amounts. And that goes to the core S&OP process improvement actions that Mike talked about that there's a lot of energy on in the company right now. So just trying to reconcile those two statements.

## Subbu Nambi
*Analyst, Guggenheim Securities LLC (Research)*

Q

Thank you for that.

## David H. Naemura
*Chief Financial Officer & Chief Operating Officer, Neogen Corp.*

A

You're welcome.

**Operator**: And I'm showing no further questions at this time. I would like to turn it back to Mike Nassif for some closing remarks.

## Mikhael Nassif
*President, Chief Executive Officer & Director, Neogen Corp.*

Yeah, thank you very much. This has been a great first earnings call. Thank you so much for your questions. I look forward to future conversations with you. Have a great rest of your day.

**Operator**: Thank you. Ladies and gentlemen, this concludes today's conference call. Thank you for attending. You may now disconnect.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2025 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.