# Exhibit 31

# Neogen Corp. *(NEOG)*
J.P. Morgan Healthcare Conference

 Corrected Transcript

14-Jan-2026

Now, I have to acknowledge that in face of a strong market fundamentals and a strong portfolio, Neogen has struggled in the last couple of years, and that was really largely due to strategically the right decision to acquire the 3M Food Safety business. However, it doubled the business overnight. And integrating a global business like 3M into original Neogen proved to have some challenges.

In the last couple of years, the business has been working through that. I truly believe that we're beyond those difficult times, and I think the best days are ahead for Neogen. And having been here for the first five months, I really believe that when I look at the challenges that are ahead of us, they're all within our control. And there are definitely things that we can do to stabilize the business.

And if you look at our recent Q2 results, that should give us an indication that what we're doing is working. And now, we really need to make sure that we continue to build that foundation to return this business to growth. And it's not beyond – it's not too aspirational to expect this business once we are fully operational with the management team and running well to achieve mid to high single digits on the top line and profit margins, adjusted EBITDA north of 20%, up to 30% in the right timeline.

Now, to achieve all of this, we've rebuilt the entire management team at Neogen. In the past five months, I've hired five external leaders with deep experience coming from top tier companies who know what good looks like, who have been in turnarounds, who understand how to operate in global businesses. I think that paired with strong internal talent that understands the challenges that we have and have been trying to solve for that, really, I think, brings forward a renewed leadership team that has new skills, heightened accountability and really a commitment on turning this business around.

I mean, these are leaders who thought the same thing I did when I looked at Neogen as an opportunity. Wow, that looks like a company that is having a lot of challenges. But I was able to figure out that I think there's a huge opportunity here with strong end market fundamentals and a strong portfolio, and these leaders see the same thing and they were happy to jump on board. And I'm super excited to have a full management team in five months to really help us continue to accelerate the turnaround.

Now, our turnaround strategy is very simple. There's three simple stages, stabilize, accelerate, expand. Stabilization is really all about driving top line, managing our costs and looking at cash flow conversion. And many of the turnarounds I've been in, those that have been successful and those that have not been successful have really been about driving the top line.

And when you have a portfolio like ours, that's very broad, that's global, I think focusing there and creating oxygen for the organization so that we're able to focus on the operational and other elements, gives us a lot of headway. Now, if we do that correctly and we build the foundation, that sets us up for accelerated growth in fiscal year 2027. Now, another component that is extremely important for the trajectory of this business is innovation. As the market leader, as having market-leading products, it's incumbent on us to shape the industry and deliver against the needs of our customers.

So Jeremy Yarwood, who was my first hire, Chief Science Officer, he was in the previous slide, strong diagnostics background. He is almost 100% focused on driving innovation. So as we are trying to stabilize the business in the short term, he's thinking about our innovation processes. He's talking to customers, trying to understand their needs. And he's looking at how do we take our flagship products like Petrifilm and really continue to address customer needs by expanding the portfolio. And if we do that correctly, fiscal year 2028 and beyond, I think we'll start to see innovation kick in and really take Neogen's portfolio and growth profile to a higher level.

# Neogen Corp. *(NEOG)*
J.P. Morgan Healthcare Conference

 Corrected Transcript
14-Jan-2026

Now, the Petrifilm site is extremely important. So I think many of you are aware that we're building a standalone Petrifilm site in Lansing, Michigan. That's part of the agreement from 3M. I'm happy to report today that that is on track. We're very happy with the progress that we're making. The foundational work is complete. The key equipment's installed, initial production testing looks really good.

We started product validation and production testing that's underway, and that's meeting our expectations. So the goal continues to be that by November of 2026, we have transferred over ready for production all 17 SKUs from 3M. Now, with that timeline, that allows us an additional nine months with the agreement with 3M. So if there was to be any challenges with any of our SKUs, we will continue to have the relationship with 3M for additional nine months to make sure that our customers are not impacted by anything there.

And I spoke earlier about reinvigorating innovation. This is one of my top priorities. I see huge opportunity to drive innovation within Neogen, with a deep diagnostics expertise, our large installed base and really as a trusted partner in food safety in a regulated environment. I think we have permission to really drive innovation and meet customer expectations.

And so Jeremy and the team are very much looking at how do we need to enhance our capabilities when it comes to innovation, what are the problems that we really need to solve for our customers. And my mindset around innovation is less about technology-led, but more about solving the needs. So this is where we want to make sure we're clear on what it is we're trying to do.

And I have every intent on increasing investment in R&D, but we're only going to do that if we have very tangible projects that we believe are really going to solve a problem with our customers, but are also differentiated and scalable and something that we really want to put our investment dollars behind. So I'm super excited about what the innovation portfolio is going to look like in a roadmap. We are looking to have an Investor Day later in the calendar year, probably the latter part of the calendar year 2026, and hopefully we can bring to life a little bit more about our innovation work, with Jeremy and the team have had a chance to build that up.

Now, we're still in the early stages of the turnaround. I think we have a clear path on how we're going to achieve that and what are we going to do. But I think it's important for me to share with you what I and Bryan Riggsbee, our new CFO, really believe this company can be. So what you see up here on the slide is what I think is what a market-leading company like Neogen can achieve.

Now, in order for that to be true, there's some things that have to happen. One, I really think that we need to continue to focus on discipline and execution. We need to have extreme customer intimacy. We've got to understand what – how do we need to solve our customer issues and challenges that they have. And then lastly, we got to make sure that we become masters in the fundamentals of the business. We've got to scale these processes and really mature how Neogen operates as a global leader in food safety.

Now, with our over-performance in Q2, we felt we felt comfortable raising the guide in this past Q2 earnings. I would say that our guide reflects just a careful measured plan to restore and sustain a predictable performance. Brian and I are very well aware that Neogen has really had a difficult time meeting expectations and meeting our commitments, and we're sensitive to that, and we want to make sure that as we are managing this business, that we continue to recognize the importance of honoring the investment community and rebuilding that trust.

So being cautiously optimistic, making sure we're managing it appropriately, I think is important. But also we need to give space for our new management team, which we had two new hires last week. I'm sure you saw the announcement. So we got to give them time to kind of get their hands on the business. So in that, we're very