# Exhibit 32

**Neogen Corp.** *(NEOG)*
Q4 2023 Earnings Call

Corrected Transcript
27-Jul-2023

# CORPORATE PARTICIPANTS

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**Timothy Daley**
*Analyst, Wells Fargo Securities LLC*

**Brandon Vazquez**
*Analyst, William Blair & Co. LLC*

**David Westenberg**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day and welcome to the Neogen Corporation Fourth Quarter Fiscal Year 2023 Earnings Conference Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Bill Waelke, Head of Investor Relations. Please go ahead.

**Bill Waelke**
*Vice President-Investor Relations & Treasury, Neogen Corp.*

Thank you for joining us this morning for the discussion of the results of the fourth quarter of our 2023 fiscal year. I'll briefly cover the non-GAAP and forward-looking language before passing the call over to our CEO, John Adent, who will be followed by our CFO, Dave Naemura.

Before the market opened today, we published our fourth quarter results as well as the presentation with both documents available in the Investor Relations section of our website.

On our call this morning, we will refer to certain non-GAAP financial measures that we believe are useful in evaluating our performance. Reconciliations of historical non-GAAP financial measures are included in our earnings release and the presentation, slide 2 of which provides a reminder that our remarks will include forward-looking statements within the meaning of the Private Securities Litigation Reform Act.

These forward-looking statements are subject to risks that could cause actual results to be materially different from those expressed in or implied by such forward-looking statements. These risks include, among others, matters that we have described in our most recent annual report on Form 10-K and in other filings we make with the SEC. We disclaim any obligation to update these forward-looking statements.

**Neogen Corp.** *(NEOG)*
Q4 2023 Earnings Call

Corrected Transcript
27-Jul-2023

With that, I'll turn things over to John.

### John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thanks, Bill. Good morning, everyone, and welcome to our earnings call covering the fourth quarter of our 2023 fiscal year. We're pleased to be with you today to provide an update on our performance and our initial thoughts on the 2024 fiscal year. We delivered a solid performance in the quarter with core growth in both of our segments despite the softening market conditions.

In Food Safety, many large food producers have continued to experience lower unit volumes on a year-over-year basis, which has negatively affected the volume of test they use. While end-user demand remains broadly supportive in our Animal Safety segment, we saw the impact of destocking in the distribution channel, which was the result of some level of macro uncertainty and normal cyclicality in production animal end markets. Our Animal Safety business also faced a difficult comparison against double-digit core growth in Q4 of the prior year.

In the former 3M Food Safety Division, we saw a significant improvement the third quarter with higher Petrifilm production levels at our transition manufacturing partner contributing to solid core growth and a reduction in past two orders. We're optimistic that we're settling into a steadier operating rhythm with the elevated reporting structure and our expanded onsite presence paying dividends and providing us with significant inputs in the key decisions.

While improving the transition production levels of the flagship Petrifilm product line has certainly been a recent focus, we are also prioritizing continued innovation to further capitalize on this leading market position. An example of our team's efforts in this area is the Petrifilm Plate Reader Advanced, which enumerates 11 different Petrifilm Plates in 6 seconds or less, utilizing AI to improve speed and accuracy.

Although this product launched in 2021, I mention it now for two reasons. First, it was just awarded the prestigious Red Dot Award for product design last month in one of the world's largest design competitions. Second, that same team that developed the Plate Reader is now part of Neogen, where we believe we're placing an even greater emphasis on innovation in this product line. Petrifilm is the clear market leader in indicator testing. It has significant potential for growth not only in core food safety markets, but also near-adjacent markets like commercial labs and pharmaceuticals.

This development team is actively working on next-generation initiatives that we believe will allow us to capture additional market share and drive growth well into the future. In addition to the Transition Management Agreement, integration activities are progressing well. Of the four main product lines in the former 3M business, we expect the three will be completely integrated into Neogen facilities by the end of our fiscal third quarter.

The hygiene monitoring, manufacturing operation was conveyed to us at closing, and we've accelerated the relocation of the sample handling and pathogen product lines. We're also planning to fully exit two of the transition agreements by the end of the third quarter, those covering back office functions and distribution services.

Despite the numerous integration workstreams we have underway, we are not losing focus on our customers and finding new ways to meet their needs. We are the leader in natural toxin testing with our Reveal assays providing fast results, both qualitative and quantitative, help food producers keep consumers safe. Recently, we have further expanded our Reveal portfolio to include quantitative assays for histamine in fish and dry animal proteins, as well as for DON and aflatoxin in grains and grain byproducts.