# Exhibit 35



# Disclaimer

**Forward Looking Statements**

This presentation includes "forward-looking statements" as that term is defined in Section 21E of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995. These forward-looking statements are generally identified by the words "believe," "project," "expect," "anticipate," "estimate," "forecast," "outlook," "target," "endeavor," "seek," "predict," "intend," "strategy," "plan," "may," "could," "should," "will," "would," "will be," "will continue," "will likely result" or the negative thereof or variations thereon or similar terminology generally intended to identify forward-looking statements. All statements, other than historical facts, are forward-looking statements.

These forward-looking statements are based on Neogen's current expectations and are subject to risks and uncertainties, which may cause actual results to differ materially from those stated or implied by such forward-looking statements. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those indicated or anticipated by such forward-looking statements. The inclusion of forward-looking statements should not be regarded as a representation that such plans, estimates or expectations will be achieved. Important factors that could cause actual results to differ materially from such forward-looking statements include, among others, the success of the recently completed combination with the food safety business of 3M Company, limitations or restrictions on Neogen's activities arising in connection with the transaction, competition and our ability to develop and market new products, recruitment, retention and dependence on key employees, economic conditions affecting the agriculture and food production industries, effects of the ongoing COVID-19 pandemic on our business, supply chain disruption, higher interest rates and inflation, risks relating to international operations and expansion into new geographical markets, identification and integration of acquisitions, research and development risks, patent and trade secret protection, government regulation and other risk factors detailed from time to time in Neogen's reports filed with the SEC, including Neogen's Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and other documents filed with the Securities and Exchange Commission, including documents filed with the Securities and Exchange Commission in connection with the recently completed transaction with 3M Company. The foregoing list of important factors is not exclusive.

Any forward-looking statements speak only as of the date of this presentation. Neogen expressly disclaims any obligation to update any forward-looking statements, whether as a result of new information or developments, future events or otherwise, except as required by law. Readers are cautioned not to place undue reliance on any of these forward-looking statements.

**Non-GAAP Financial Information**

This presentation includes references to core revenue, Adjusted EBITDA Margin and free cash flow, which are non-GAAP financial measures. These non-GAAP financial measures are presented for informational purposes only and should not be regarded as a replacement for corresponding GAAP measures. In regards to the forward-looking non-GAAP financial measures included in this presentation, we are not able to reconcile such metrics to the closest corresponding GAAP measures without unreasonable efforts because we are unable to predict the ultimate outcome of certain significant items.



© 2024 Neogen Corporation. All rights reserved.  |  2

# Integration Fully Underway

## Manufacturing Transition

- Indicator Testing
- Sample Collection
- Pathogen Detection
- Hygiene Monitoring

## Services Transition

- Back-Office Services (TSA)
- Distribution Services (TDSA)

## Current Status

Construction of facility complete, initial equipment installation underway

Relocation of equipment complete, production ramping up

Fully integrated

Fully integrated

Fully integrated

Fully integrated



## Post-Integration Expectations

MSD-HSD annual core revenue growth [1]

30%+ Adjusted EBITDA margin

~100% Free Cash Flow Conversion [2]

Net Leverage target < 2.0x [3]

**Integration on track, providing a path to a compelling post-integration financial profile**

(1) Year-over-year revenue growth excluding the impact of foreign exchange and acquisitions & divestitures
(2) Net cash from operating activities, less capital expenditures, as a percentage of Adjusted Net Income
(3) Gross debt minus cash and equivalents, divided by LTM Adjusted EBITDA

 NEOGEN

© 2024 Neogen Corporation. All rights reserved. | 11

# Q2 FY25 Update

- Preliminary view of revenue is ~$230M

  – Total H1 revenue in line with expectations communicated entering the year

  – Core growth improved sequentially in both Food Safety and Animal Safety

- Continued progress with share recovery actions in Food Safety

- Margin improvement actions initiated, with primary benefit expected in H2



© 2024 Neogen Corporation. All rights reserved.  |  12

# Investment Highlights

- Clear leader in attractive Food Safety end market with long-term, secular tailwinds

- Portfolio of over 95% consumable products, cost of which is insignificant relative to potential costs resulting from inadequate testing

- Opportunity to leverage technological expertise, scale and enhanced regional leadership to deliver on focused initiatives and extend the Company's demonstrated track record of strong historical growth

- Majority of integration workstreams and related spending have been completed, providing a path to a compelling level of consistent growth, high profitability and strong free cash flow generation



© 2024 Neogen Corporation. All rights reserved.  |  13