# Exhibit 36



Fiscal Year 2024
Third-Quarter
Results
April 9, 2024

# Q3 FY24 Summary

- Significant integration milestones achieved

  - Fully exited transition services and distribution agreements

  - Relocation of pathogen detection manufacturing complete, sample handling relocation on track for Q4

- End market conditions improving slowly as anticipated

  - Solid mid-single digit core growth in both segments

- Inefficiencies resulting from recent integration activities have persisted

  - EBITDA margin impacted by reduced revenue levels and related inefficiencies

- Updating full-year outlook

  - Q3 shipment shortfall, continued ramp of shipping capacity in Q4 resulting in reduced full-year expectations

  - Initiating plans to better align operating infrastructure with revised expectations

**Encouraging end-market trajectories as FY25 approaches, managing through integration inefficiencies**

# Integration Fully Underway



**Significant progress made in Q3, integration overall remains on track**

©2024 NEOGEN Corporation. All rights reserved.