# Exhibit 37

**Neogen Corp.** (NEOG)
JP Morgan Healthcare Conference

Corrected Transcript
11-Jan-2023

# CORPORATE PARTICIPANTS

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

# OTHER PARTICIPANTS

**Stephen Hughes**
*Analyst, GenScript*

# MANAGEMENT DISCUSSION SECTION

## Unverified Participant

Right, good morning, everyone. Thank you again for joining us. Welcome to the 41st Annual JPMorgan Healthcare Conference. My name is [ph] Edwin Zhang (00:00:19). I work in the JPMorgan Healthcare Investment Banking team in New York, and today our presenting company is Neogen. Please join me in welcoming our presenter, John Adent, CEO and President of Neogen.

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thank you. Thanks for the thunderous round of applause this morning. Normally like at our sales meeting, I put $100 under each seat in front to try to get people to come to the front. So you missed out on that. But I am John Adent. I'll be providing an overview on Neogen. I really appreciate you being here this morning. A quick reminder that we will have some forward-looking statements in this presentation. And so my attorney said, please familiarize yourself with this disclaimer.

At Neogen over the last 40 years, we've been committed to improving food safety across the world's global food supply. And our mission is to be the leading company in the development and marketing solutions for food and animal safety, and that mission has never been more important than it is today. Our vision for the future is continue to play a key role as a leader in enhancing food safety, quality and the quantity of the global food supply because with the rapid growing population we have, we can see a vision that is more important than this. At Neogen, our number one goal is to protect the food supply. That's what we do every single day. So at Neogen, we get up every day to make sure that people and animals that you care about are protected and safe. So it's a great mission and vision statement. It's fun to come to work every single day.

On September 1, we completed our merger with the former 3M Food Safety division, bringing together two really, really great businesses. At Neogen, we are the leading pure play food security company. So in addition to our food safety and animal safety products, we have a very strong genomics platform, analytics platform and also blockchain solutions for our customers.

# Neogen Corp. *(NEOG)*
JP Morgan Healthcare Conference

Corrected Transcript
11-Jan-2023

Okay. So with salmonella, what's interesting is in those chicken parts, you can have 25% of the chicken can have salmonella and it's okay. How does that make you feel? Cook your chicken, right? So it's not zero, okay. As people learn more about that, things will change, right? And people are going to demand greater quality and demand changes in the food supply, which is why we're here.

This next slide, I think, is interesting. So we are in a very complex ecosystem. There's a ton of different people that touch your food before it gets to your plate, okay, whether it's the farmers, the food processing and all of the different things that touch them. 3M's Food Safety business was very similar to a lot of competitors. They developed a technology that was developed for another piece of business that had applications in food safety and people threw it over. So if you look at this slide, most of our competitors compete in one circle. Some compete in two. Most compete in one. We compete in all. That previous customer I talked to you about, I asked them what would it take to replace Neogen with other vendors. And they said 8 to 9, 8 to 9 other vendors to do what we do.

So what's interesting about that is the deep understanding we have of the customers' needs and how we're going to interact with those customers. We've asked them many times, what's your biggest problem, well, you can't help. Try me, right, try me. We can help you with things. We had a meat processor. I asked them this question. They said, our biggest problem is we're losing shelf life in the grocery store. That's a big problem for meat processor, right? If you had 14 weeks and it drops to 7 and you have to throw that meat away, that's huge profitability. Oh send us a sample. What are you guys going to do? Send us a sample. We ran it through our genomics lab, right? We found an aquatic organism in that meat sample. Couldn't figure it out, called the customer, this is really weird, can't figure it out. There's this aquatic substance in there, an organism. Oh, we changed to sea salt in the processing. That lowered their shelf life by 50%. By switching back to iodized salt, they went right back up.

Now customers are very grateful. I was pissed because we didn't charge anything for that, right? But those are the type of capabilities we have. So the next time that customer has an issue, who do they come talk to about their food security. They come talk to Neogen, right, and that's our ability to continue to help them grow. Our integration is underway and we did a tremendous amount of work pre-close. We already knew the markets. We knew the customer base. I went to Minnesota. We're meeting with the team. The leader was going to present to me their business, okay, and so she had 45 slides and I quickly [ph] the slides. And I said, Monica (00:18:31), look, the first 30 slides are about the customers' markets. You can skip all that. I want to know how we're going to grow because I know what you do, I know how you reach the customers, I know your value proposition. And she said, John, I've been at 3M for 35 years and nobody has known what we do in this company. Now, that's not a knock on 3M. My business that's less than 1% of my total revenues. I don't spend any time either, right, but we're able to pull this business out and really show them that we understand their markets, we know how to grow the business, we understand what they do and they are really, really excited, right, to be part of Neogen. And you see that excitement, right? I'm going to brag a little bit about the team.

The second day of integration, we had combined our CRM systems. That's a big deal, right, because in one common platform, we knew who the common customers were, what they were buying, who was calling on them. So what allowed us to do was in this first quarter is we have all the sales teams realigned. Everybody knows who their customers are, everybody knows who they're calling on. We've done all the cross training and we've identified what are the biggest opportunities for cross-selling within those customer bases. Because what I warned the team about was while this integration is big for Neogen, we cannot turn our back on our customers. So the team was very focused on making sure we're forward facing with the customers to continue to drive things forward, and we've been able to do that.

Copyright © 2001-2023 FactSet CallStreet, LLC