# Exhibit 39

Case 1:25-cv-00802-HYJ-RSK    ECF No. 34-39,  PageID.718    Filed 02/10/26    Page 1 of 4

**Exhibit 99.1**

**Neogen Announces Fourth-Quarter 2023 Results**

• Revenue of $241.8 million, an increase of 72.6% over the prior-year quarter.

• Net income of $5.6 million; $0.03 per diluted share.

• Adjusted Net Income of $30.2 million; $0.14 per diluted share.

• Adjusted EBITDA of $63.1 million, an increase of 97.0% over the prior-year quarter, at a margin of 26.1%.

LANSING, Mich., July 27, 2023 – Neogen Corporation (NASDAQ: NEOG) announced today the results of the fourth quarter and fiscal year ended May 31, 2023.

"We are excited about the milestones we see ahead of us in this new fiscal year as we continue on our journey to expand our market leadership position," said John Adent, Neogen's President and Chief Executive Officer. "We continued to scale our capabilities during the fourth quarter to support the full integration of the former 3M Food Safety Division, which is proceeding according to plan. By the end of the fiscal third quarter, we expect to have three of four main product lines integrated into Neogen facilities, as well as back-office and distribution functions, and will be focused on driving efficiencies in these operations. In addition to the important integration workstreams underway, we have continued to focus on growth and profitability initiatives in our pre-existing business. We introduced a number of new products in the quarter and will continue to prioritize innovation, leveraging the skills and expertise of our expanded product development team."

Adent continued, "I'm proud of our team members' efforts in delivering another quarter of core revenue growth in both of our segments, despite the challenges of lower volumes and inventory levels in our end markets. The performance of the former 3M Food Safety Division improved notably, with higher production rates at our transition manufacturing partner allowing us to better fulfill the end-user demand. We believe the modifications we made to the transition arrangement have translated into operational improvements and we look forward to sustaining this progress to support the continued growth of this high-margin business. Our products serve great end markets in Food Safety and Animal Safety that have a historical trend of resilience, which we fully expect to continue. With our broadened scale and product portfolio, we are well positioned to capitalize on growth in our end markets and what we believe are favorable long-term tailwinds behind the security of the food chain."

**Financial and Business Highlights**

Revenues for the fourth quarter were $241.8 million, an increase of 72.6% compared to $140.1 million in the prior year. Core revenue growth, which excludes the impacts of foreign currency translation and acquisitions completed in the last 12 months, was 2.0%, while acquisitions contributed 71.8%. Foreign currency was a headwind of 1.2%. The fourth quarter marked the 124th of the past 130 quarters that Neogen reported revenue increases compared to the same quarter in the prior year.

Revenues for the full year were $822.4 million, an increase of 56.0% compared to $527.2 million in the prior year. Core revenue growth was 4.0% and acquisitions contributed 54.5%, while foreign currency was a headwind of 2.5%.

Net income for the fourth quarter was $5.6 million, or $0.03 per diluted share, compared to $15.0 million, or $0.14 per diluted share, in the prior-year period. The decrease in net income was driven primarily by transaction and integration costs, interest expense and the amortization of acquisition-related intangibles, all related to the recently completed merger with the former 3M Food Safety Division. The decrease was partially offset by incremental revenues from the former 3M Food Safety Division, which generated margins higher than the legacy company average margin. Adjusted Net Income was $30.2 million, or $0.14 per diluted share, compared to $22.4 million, or $0.21 per diluted share, in the prior-year period. Higher Adjusted EBITDA drove the increase in Adjusted Net Income, more than offsetting the increase in interest expense. On a per-share basis, Adjusted Net Income was lower by $0.07 in the fourth quarter compared to the prior-year period, a result of the increase in shares outstanding related to the 3M Food Safety transaction.

1 of 9

In fiscal year 2024, the Company anticipates total revenue to be between $955 million and $985 million, while Adjusted EBITDA is expected to be in a range of $235 million to $255 million. The Company expects capital expenditures to be approximately $130 million, including approximately $100 million related specifically to the integration of the former 3M Food Safety Division.

**Conference Call and Webcast**

Neogen Corporation will host a conference call today at 8:00 a.m. Eastern Time to discuss the Company's financial results. The live webcast of the conference call and accompanying presentation materials can be accessed through Neogen's website at neogen.com/investor-relations. For those unable to access the webcast, the conference call can be accessed by dialing (844) 757-5681 (U.S.) or +1 (412) 317-5297 (International) and requesting the Neogen Corporation Fourth Quarter FY23 Earnings Call (Conference ID: 10180865). A replay of the conference call and webcast will be available shortly following the conclusion of the call, and can be accessed domestically or internationally by dialing (877) 344-7529 or +1 (412) 317-0088, respectively, and providing the entry code 9624877, or through Neogen's Investor Relations website at neogen.com/investor-relations.

**About Neogen**

Neogen Corporation develops and markets comprehensive solutions dedicated to food and animal safety, operating with the intention to "Every day, protect the people and animals we care about." The Company's Food Safety segment markets dehydrated culture media and diagnostic test kits to detect foodborne bacteria, natural toxins, food allergens, drug residues, plant diseases, and sanitation concerns. Neogen's Animal Safety segment is a leader in the development of genomic solutions along with the manufacturing and distribution of a variety of animal healthcare products, including diagnostics, pharmaceuticals, veterinary instruments, wound care, and disinfectants, as well as rodent and insect control solutions.

*Preliminary Results and Forward-Looking Statements*

*The Company's reported results are preliminary. The Company has not yet completed its year-end reporting process, and the Company's independent auditor has not completed its audit. Accordingly, final results and other disclosures to be included in our Annual Report on Form 10-K could differ from preliminary results and disclosures.*

*This press release includes "forward-looking statements" as that term is defined in Section 21E of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995. These forward-looking statements are generally identified by the words "believe," "project," "expect," "anticipate," "estimate," "forecast," "outlook," "target," "endeavor," "seek," "predict," "intend," "strategy," "plan," "may," "could," "should," "will," "would," "will be," "will continue," "will likely result," or the negative thereof or variations thereon or similar terminology generally intended to identify forward-looking statements. All statements, other than historical facts, are forward-looking statements.*

*These forward-looking statements are based on Neogen's current expectations and are subject to risks and uncertainties, which could cause actual results to differ from those stated or implied by such forward-looking statements. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary from those indicated or anticipated by such forward-looking statements. The inclusion of forward-looking statements should not be regarded as a representation that such plans, estimates or expectations will be achieved. Important factors that could cause actual results to differ from such forward-looking statements include, among others, the success of the recently completed combination with the food safety business of 3M Company, limitations or restrictions on Neogen's activities arising in connection with the transaction, competition and our ability to develop and market new products, recruitment, including circumstances beyond our control at our transition manufacturing partner, retention and dependence on key employees, economic conditions affecting the agriculture and food production industries, effects of COVID-19 or other pandemics on our business, supply chain disruption, higher interest rates and inflation, risks relating to international operations and expansion into new geographical markets, identification and integration of acquisitions, research and development risks, patent and trade secret protection, government regulation, results from, or delays in, the completion of the fiscal year-end audit, the occurrence of subsequent events, and other risk factors detailed from time to time in Neogen's reports filed with the SEC, including Neogen's Annual Report on Form 10-K, Quarterly Reports on Form 10-Q,*

*Current Reports on Form 8-K and other documents filed with the Securities and Exchange Commission, including documents filed with the Securities and Exchange Commission in connection with the recently completed transaction with 3M Company. The foregoing list of important factors is not exclusive.*

*Any forward-looking statements speak only as of the date of this press release. Neogen expressly disclaims any obligation to update any forward-looking statements, whether as a result of new information or developments, future events or otherwise, except as required by law. Readers are cautioned not to place undue reliance on any of these forward-looking statements.*

### Non-GAAP Financial Information

*This press release includes Core Revenue Growth, EBITDA, Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Net Income and Adjusted Earnings per Share, which are non-GAAP financial measures. These non-GAAP financial measures are presented for informational purposes only and should not be regarded as a replacement for corresponding GAAP measures. In regards to the forward-looking non-GAAP Adjusted EBITDA included in this presentation, we are not able to reconcile such metrics to the closest corresponding GAAP measures without unreasonable efforts, because we are unable to predict the ultimate outcome of certain significant items.*