# Exhibit 41

**Neogen Corp.** *(NEOG)*
JPMorgan Healthcare Conference

Corrected Transcript
11-Jan-2024

# CORPORATE PARTICIPANTS

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

# MANAGEMENT DISCUSSION SECTION

## Unverified Participant

Good morning. Welcome to the 42nd Annual JPMorgan Healthcare Conference. My name is [ph] Edwin Zhang (00:00:14). I'm member of the JPMorgan Healthcare team and the moderator for the session.

Today, I would like to introduce you to the team from Neogen. Please join me in welcoming our presenter, John Adent, CEO of Neogen.

## John E. Adent
*President, Chief Executive Officer & Director, Neogen Corp.*

Thank you, everyone. It's very nice to be here. Good to see you again. So good morning, everyone, and thank you for being here today. As [ph] Edwin (00:00:39) said, I'm John Adent, President and CEO of Neogen, and I will be providing an overview of Neogen for you this morning.

Just a quick reminder that in our presentation today, there will be some forward-looking statements. So at your leisure, please read our disclaimer.

I know that some of you may not be familiar with the Neogen story. So I wanted to spend a little time taking you through that, and really what Neogen is about is we fuel a brighter future for global food security. That's what we focus on every day.

We envision a world where everyone has access to a safe, sufficient and sustainable food supply, and we know, right, that's a really lofty goal, but it's one that we think we're uniquely positioned for because over 40 years, our mission has been to keep the food supply safe. And when we do that, we try to further human and animal well-being, we really championed sustainable practices that affect our land, our water and our world. And you have to think about all the decisions that are made on the farm, in the lab and at the processing plants affect global food security. And we're there every step of the way to help our customers make sure that we're supplying a secure global food source.

We were founded in 1982 in Michigan State. We have about 2,500 employees. Half of those employees are happy that Michigan won the national championship and half are very upset that Michigan won the national championship, but it's a 50/50 split. We have over 300 scientists and engineers today, and we work in nearly 40 countries where we have people on the ground in sales, support and technical service, and we're headquartered at Lansing, Michigan.

Copyright © 2001-2024 FactSet CallStreet, LLC

# Neogen Corp. *(NEOG)*
JPMorgan Healthcare Conference

 Corrected Transcript

11-Jan-2024

really did some investment spending in Asia and APAC because we felt we were underpenetrated, and an opportunity to hire more salespeople, improve the tech service teams, increase reach and frequency to help us drive faster growth in those regions.

And then the last is innovation. We got a very strong team that came over from 3M. We had two separate groups that had – we're working on different projects, trying to understand how they're fitting together, and what we did this year was really focus the team to make sure that they are laser-focused on what our strategic goals are for driving the growth.

So while we were going to invest across all segmentations, Food Safety, Animal Safety and Genomics, the majority of our investment is going to be where we can get the greatest return, and that's in Food Safety. That's where we're going to drive the team.

So we are focusing those resources, whether they're R&D, capital, money to the right things that are going to get us the greatest growth for the future. But to do that, you have to have a multigenerational road map. You have to know where the industry is going and where these products are going. So we've done that, we know that, and we're making sure that we're aligning those R&D products and tests and research to align with our road map. So we are fully aligned to continue to drive growth going forward.

So I'd love to talk about the future and growth. But obviously, we are in the middle of a huge acquisition. And as people say, the pig is still in the python, right? But we are working our way through this. We made significant progress in the 15 last months. So as you can see, we are on track to be off of all of our service agreements by the end of third quarter, excluding Petrifilm. We may have one small manufacturing that drips into the fourth quarter because we want to make sure we take care of our customers and can build enough inventory before we bring that over. But after that, the only agreement we have with 3M is Petrifilm production on a toll manufacturing basis for the next couple of years.

Now I want you to think about the work that was taken to accomplish that. We replatformed the company in the last 15 months. We implemented SAP. We made a book of record for the company. We changed our process and procedures to do that. As soon as that was done, we immediately then doubled the size of the business by bringing all the 3M products into our distribution network and we did all [ph] ordered cash (00:23:40). So now we take the order, pick the order, build the order, talk to the customer, collect the money, that's all done in-house, right? That's what we did during the second quarter when we finished out. Now we've been doing it for 15 months. That is a big deal, right?

So when we take the opportunity to look up for a minute to see where we're going, that's why I get really excited. And that's kind of where we are when you think about our post-integration expectations. Like, this business will be a mid- to high single-digit grower on a core annual growth. It's what the businesses did historically. It's what we know we can do. And it's the ability for us to continue to drive that growth rate that people have known Neogen to be for a long, long time. We will be a 30-plus percent adjusted EBITDA margin business.

I think the other thing is that like these are not the end goals. This is just where we're starting when we're together. So these will be better. These are not where I'm saying we're going to finish. This is how we're going to start this business and the opportunities to get better from there.

We're going to be 100% free cash flow business on an adjusted net income basis, right? We throw off cash. It's a great business. We're going to use that cash to strategically pay down leverage. So our net leverage target is going to be below 2. Once we start getting into that range, we will then use capital to look at other acquisitions,