# Exhibit 45

**Neogen Corp.** *(NEOG)*
Piper Sandler Healthcare Conference

Corrected Transcript
04-Dec-2024

# CORPORATE PARTICIPANTS

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

# OTHER PARTICIPANTS

**David Westenberg**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

**David Westenberg**
*Analyst, Piper Sandler & Co.*

We're ready to get going. I'm the Diagnostics and – Analyst here at Piper Sandler. I'm here with CEO of Neogen, John Adent.

# QUESTION AND ANSWER SECTION

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

So, John, you had an update this morning, so why don't you just inform us in terms of the updates that you made?

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah, we did. Great. Thanks for having me. So we just finished our second quarter on Saturday, so we want to give a preliminary view. We saw revenues come in around $230 million, which we were pleased about. We also saw our core growth rates improve sequentially over the quarter, and both were positive which I think is very exciting around our Animal Safety business, because if you remember, Q1, that business was down about 8%, so we're excited to see that as well.

The other thing we talked about is first quarter, we had some challenges around margins. We've talked about some of the things that we're doing to address margins through some initiatives that we've taken that are going to be taken, in fact, in third and fourth quarter going forward, and we'll spend a little time on our earnings call on January to go into deeper detail.

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

# Neogen Corp. (NEOG)
Piper Sandler Healthcare Conference

Corrected Transcript

04-Dec-2024

Got you. And then if you could talk about some of the challenges in terms of integration and what's left to do, the biggest hurdles left, essentially.

---

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah. Look, we're not – at Neogen, we're not for the faint hearted, right? I think a lot of people have paused when they do an ERP conversion or when they buy a business or when they have to stand up 16 international sites within 18 months, or when they have to move three manufacturing facilities and stand up a worldwide distribution center. But we did that all at once within 18 months and we're able to accomplish it.

So doing those things, we knew that it was going to cause us to be a little bit internal focused because you had to be to drive those things. But now we have one piece left, and the piece left is moving the Petrifilm manufacturing. So of the four manufacturing lines we acquired from 3M, three are already in our facilities and were manufacturing and improving the efficiency of those businesses.

The last one's Petrifilm. The difference between kind of the Petrifilm manufacturing and the others, the others were a lift and shift. We had to stop production – build inventory, stop production, move equipment, recommission and bring it back up. We're not doing that with Petrifilm. Petrifilm, we have built all new custom equipment. It's the same equipment as the last design they did but much larger and solely designed for Petrifilm.

So we have three years left on our total manufacturing agreement with 3M. We think that will be fully up and running in two years. As we ramp up production, we will ramp down 3M. So we feel very confident that we're going to be able to make sure that we can meet the demands of our customers from a supply standpoint going forward. So we're excited to have that behind us and be – the majority of the integration work behind us and really be driving growth and getting back to be customer-focused.

---

**David Westenberg**
*Analyst, Piper Sandler & Co.*

Q

Very helpful there. One of the things that's – I mean, I've covered the stock for – since 2017 and one of the issues I always have is trying to dissect the macro environment and just trying to understand. And there's always these puts and takes. You'll see, I don't know, things like trade or a virus or an outbreak or something like that. And what is going on in the macro environment today in Food Safety?

I guess maybe the topic today would be inflation or roll-off of inflation. So, what's going on there, how does that impact Food Safety, and are there other macro factors to think about?

---

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

A

Yeah, there are. I mean, I think we've talked about this a lot. Our business is not recession-proof, but our delta is more narrow. So while we have had a customer base that really, unprecedented, has seen decline in unit growth now for almost seven or eight quarters, we've never seen that before, and that really was driven by an inflationary environment that we had not seen in our professional lifetime, right?

Now, we're seeing those unit declines become smaller. So quarter-on-quarter, they become smaller. They're not positive yet but they become smaller. Now even with that, it's not a really good indicator for our business because we continue to still grow on a core growth basis. And we see that because we think the Food Safety core growth,

---

# Neogen Corp. *(NEOG)*
Piper Sandler Healthcare Conference

**Corrected Transcript**

04-Dec-2024

---

So in the first quarter, we saw that business come back. Second quarter, we saw it accelerate off the first quarter recovery. So that is one piece of business we are getting back that we had lost, but we also are gaining new share, which I think is what's really going to help us propel us into the fiscal year 2025.

---

**David Westenberg**
*Analyst, Piper Sandler & Co.*

**Q**

Got you. I'm going to shift to genomics, which, for those not familiar, maybe you can describe what you do in genomics, both from a cattle and companion animal perspective. And this was once one of the more faster growing businesses and one of the more fairly tech savvy kind of business. So what's been happening of late and when do we expect the rebound?

---

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**A**

Yeah. So this is one of the things that we talked about with kind of our restructuring, and a large part of that is done in genomics. And what changed in that market was we had two distinct types of businesses. We had a B2B business where we did very large genomic analysis and we gave raw data to large customers, right, whether that was the big breeders like Tyson and others.

And what we saw was that business very quickly became commoditized. And I think you see this in a lot of different genomics businesses, right? You've seen pretty much every genomics business is up for sale right now. That's been rapidly commoditized on the raw data side. Where we have decided to focus the business and where we continue to see growth and opportunity is in our working in the B2C side, which is on the dairy and the beef side.

And that's where we're working with individual customers and farmers that are helping them make the right choices about what they want to do to improve their herds based on their criteria. And that's where we can add a lot of value, because when you're just giving raw data, and large companies have 20 geneticists and data scientists on their team, they can interpret the data. We're helping in the B2C side. Those customers interpret the data and make the right decisions.

And that's really the market we want to be in. We did that strategic shift away from kind of the commoditized business about a year ago. We're starting to lap kind of that business. But with that, we had to do some restructuring around the size of the infrastructure that we had because we moved away from that segmentation.

---

**David Westenberg**
*Analyst, Piper Sandler & Co.*

**Q**

Got you. All right. And we already touched on this, but ERP integration, are we fully integrated or is there still a little bit more to go in...

[indiscernible] (00:21:58)

---

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**A**

We're not doing any ERP changes for the rest of this year.

---

**David Westenberg**
*Analyst, Piper Sandler & Co.*

**Q**

---