# Exhibit 46

**Neogen Corp.** (NEOG)
JP Morgan Healthcare Conference

Corrected Transcript
15-Jan-2025

# CORPORATE PARTICIPANTS

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

**David H. Naemura**
*Chief Financial Officer, Neogen Corp.*

# OTHER PARTICIPANTS

**Richard Meland**
*Analyst, JPMorgan*

# MANAGEMENT DISCUSSION SECTION

**Richard Meland**
*Analyst, JPMorgan*

Good afternoon, everyone. Thanks for joining us today. My name is Richard Meland, I'm a associate on the investment banking team here at JPMorgan. It's my pleasure today to be introducing Neogen. Presenting today is John Adent, CEO of Neogen. And we're also joined by Dave Naemura, CFO and COO. We'll have some time for Q&A after the presentation.

And with that, I'll hand it over to you, John.

**John E. Adent**
*President, Chief Executive Officer & Director, Neogen Corp.*

Thank you, Richard. Good afternoon, and thank you for being here. And as Richard said, I'm John Adent, President and CEO of Neogen, and I'm providing – be providing an overview of Neogen for you this morning or this afternoon.

This is our disclaimer. So, just as a reminder, there's – in this presentation, we're going to have forward-looking statements, so you can read through that.

So, one of the big questions is why does Neogen exist? And we're here to help protect the world's food supply. And we do that through our purpose of fueling a brighter future for global food security, and our vision of a world where everyone has access to a food supply that's safe, sufficient, and sustainable.

Since our founding in 1982, we've been committed to help and protect the global food supply. We are the global leader in food security today. Following the 3M transaction, we've grown to over 3,000 employees. We have over 300 scientists and engineers, with sales and support teams in nearly 40 countries. We operate our business through two segments. Our Food Safety division has a range of rapid diagnostic solutions and related products to

# Neogen Corp. (NEOG)
JP Morgan Healthcare Conference

**Corrected Transcript**
15-Jan-2025

And Petrifilm has continued to grow well under our stewardship. We grew 10% in fiscal year 2024, an additional 10% in the first half of fiscal 2025 or halfway through our fiscal year.

Both 3M and Neogen Food Safety businesses have long track records of annual core growth in the high-single digit range. What's different about the current environment is that it's something we really haven't seen since Neogen was founded, and that was a significant food inflation and resulting effects on food production. We're dealing also with weaknesses in both of our end-markets, which is really pretty unusual for us. We're working through the effects of some of our integration issues. All of these things are contributing to the current lower-growth environment that we're in today.

Despite this, our Food Safety business grew 8% in our latest quarter, if you exclude our sample collection production line. Our end-market conditions have been gradually improving and we're working to position the business to capitalize on our long-term growth opportunities. On the left side here, this also lays out kind of our primary high-level initiatives that we're focused on to drive growth, which is leveraging our core capabilities, continuing our regional expansion, this is a strong growth driver for us, and executing on our product innovation roadmaps.

It hasn't always been completely smooth, but we've made significant progress with the integration of the Food Safety, 3M Food Safety business integration. Of the seven key integration work streams, six are effectively done, with a sample collection production expected to return to normal levels next month. Our ERP implementation, which allowed us to exit the transition service agreements with 3M is complete, and all the related shipping delays that we had three quarters ago are behind us.

Our new Petrifilm facility is progressing well. You can kind of see it in the background of that slide. And what's important there is the building is up, the building is built. We're assembling equipment on site and we're on track for our goal to initiate initial testing of products, initial production of products in the fall of this year.

The right side of the slide kind of lays out our post-integration profile that we're working towards. As we see our end-markets continue to improve, we believe that we're going to move towards the revenue growth levels that the business has historically seen, which is that high-single digit organic growth rates. With incremental margins around 60%, revenue growth is going to go a long way towards moving the business towards our 30% EBITDA margin goal.

We'll still have some integration spending in FY 2026, but the bulk of the CapEx is really behind us. Along with working capital improvement, we really don't see why the business shouldn't convert free cash flow at around 100% of adjusted net income. So, we expect EBITDA growth and improved cash generation to help the business deleverage, which is going to allow us to open the door for additional capital allocation opportunities that we really haven't had to do and we haven't had the opportunity to do while we're working through this integration.

So, we've also spoken recently about our portfolio actions, which is going to allow us to further continue to focus the business on our faster-growing, higher-margin Food Safety business. This is really a recap of kind of what I went over, and it talks about why we're, Dave and I and the team, are so excited about the future of the business. So, I'll let you take a moment to look at that.

And I want to thank all of you for joining us today, and we'll open it up for some Q&A.