UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, et al.,

Plaintiffs,

v.

NEOGEN CORPORATION, et al.,

Defendants.
_____________________________________/

Case No. 1:25-cv-802

Hon. Hala Y. Jarbou

**ORDER**

For the reasons stated in the opinion entered this date:

**IT IS ORDERED** that Defendants' motion to dismiss the amended complaint (ECF No. 32) is **GRANTED**.

A judgment will enter dismissing the case.

Dated: August 10, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE