UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, et al.,

Plaintiffs,

v.

NEOGEN CORPORATION, et al.,

Defendants.

Case No. 1:25-cv-802

Hon. Hala Y. Jarbou

______________________________________/

# JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that the case is **DISMISSED** for failure to state a claim.

Dated: August 10, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE